The following is a link to the US Courts website where you can retrieve the updated forms including the

- **Small Business Monthly Operating Report in fillable form (B25C).**

- **Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estate Holds a Substantial or Controlling Interest. Instructions are included for this form (Form 26).**

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#official.

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re   CDR STRAINERS & FILTERS, INC          ,          Case No.   16-31997

*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   DECEMBER                                Date filed:   01/20/2017

Line of Business:   MANUFACTURER                 NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

BLANCA D CROSON

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☑ | ☐ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                                                                                                  ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| **TOTAL INCOME** | $ | 176,485.53 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 623.88 |
| Cash on Hand at End of Month | $ | 25,522.75 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 25,522.75 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| **TOTAL EXPENSES** | $ | 151,586.66 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 176,485.53 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 151,586.66 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 25,522.75 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $    160,425.66

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 20 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 17 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 5,000.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 25,000.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |



B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 161,280.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 158,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 3,280.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

**CASE NAME:** CDR STRAINERS & FILTERS, INC

**CASE NUMBER:** 16-31997

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2016 December | MONTH | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 623.88 | | | | | | $ 623.88 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 176,485.53 | | | | | | 176,485.53 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | $ 176,485.53 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 176,485.53 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 53,256.00 | | | | | | 53,256.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 9,000.00 | | | | | | 9,000.00 |
| 11. UTILITIES & TELEPHONE | 15,500.00 | | | | | | 15,500.00 |
| 12. INSURANCE | 12,133.00 | | | | | | 12,133.00 |
| 13. INVENTORY PURCHASES | 42,192.87 | | | | | | 42,192.87 |
| 14. VEHICLE EXPENSES | 4,976.79 | | | | | | 4,976.79 |
| 15. TRAVEL & ENTERTAINMENT | 927.00 | | | | | | 927.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 3,726.00 | | | | | | 3,726.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 141,711.66 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 141,711.66 |
| 19. PROFESSIONAL FEES | 5,000.00 | | | | | | 5,000.00 |
| 20. U.S. TRUSTEE FEES | 4,875.00 | | | | | | 4,875.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 151,586.66 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 151,586.66 |
| 22. NET CASH FLOW | 24,898.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,898.87 |
| 23. CASH - END OF MONTH (SMOR-2) | $ 25,522.75 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 25,522.75 |

**SBMOR-Exhibit B-1**

\* Applies to Individual debtors only

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014



CASE NAME: **CDR STRAINERS & FILTERS, INC**

CASE NUMBER: 16-31997

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

### CASH ACCOUNT RECONCILIATION
### MONTH OF December 2016

| BANK NAME | CAPITAL ONE | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 1537840362 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BEGINNING BANK BALANCE | $ 623.88 | | | | $ 623.88 |
| RECEIPTS | 176,485.53 | | | | 176,485.53 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 151,586.66 | | | | 151,586.66 |
| ENDING BANK BALANCE | $ 25,522.75 | $ 0.00 | $ 0.00 | $ 0.00 | $ 25,522.75 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 25,522.75 | $ 0.00 | $ 0.00 | $ 0.00 | $ 25,522.75 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**

\* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS
and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

*Revised 01/31/2014*



10:51 AM

01/20/17

# CDR STRAINERS & FILTERS, INC.
## A/R Aging Summary
### As of December 31, 2016

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| TKB SALES | 0.00 | 354.00 | 0.00 | 0.00 | 0.00 | 354.00 |
| A&B VALVE & PIPING SYSTEMS, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 710.00 | 710.00 |
| ALEGACY EQUIPMENT LLC | 7,000.00 | 0.00 | 0.00 | -670.00 | -295.00 | 6,035.00 |
| ANTLER SUPPLY SERVICES | 288.76 | 0.00 | 0.00 | 0.00 | 0.00 | 288.76 |
| ARCHROCK | 0.00 | 2,824.00 | 0.00 | 0.00 | 0.00 | 2,824.00 |
| AWC, INC. | 1,096.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,096.00 |
| BELL SUPPLY CO, INC. | 0.00 | 0.00 | 0.00 | 288.00 | 0.00 | 288.00 |
| BETA INTERNATIONAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 2,556.00 | 2,556.00 |
| CITY PIPE & SUPPLY CORP. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMPRESSION GENERATION SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,418.00 | 1,418.00 |
| COMPRESSOR SYSTEMS, INC. | 3,611.08 | 0.00 | 0.00 | 0.00 | 0.00 | 3,611.08 |
| DNOW L . P . | 142.00 | 888.00 | 826.00 | 0.00 | 0.00 | 1,856.00 |
| ELITE COMPRESSION SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | -2.00 |
| ENABLE BAKKEN CRUDE SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENERFLEX ENERGY SYSTEMS INC. | 29,994.00 | 38,960.00 | 0.00 | 0.00 | 0.00 | 68,954.00 |
| ETC IS Procurement Co, LLC | 0.00 | 6,429.00 | -1,004.00 | 0.00 | 0.00 | 5,425.00 |
| EXTERRAN ENERGY SOLUTIONS,L.P. | 12,752.52 | 1,608.08 | 30.00 | 4.96 | 1,212.32 | 15,607.88 |
| FIELD INDUSTIRES | 0.00 | 509.00 | 0.00 | 0.00 | 0.00 | 509.00 |
| HATFIELD AND COMPANY, INC. | 450.00 | 1.00 | 0.00 | 0.00 | 0.00 | 451.00 |
| ITS ENGINEERED SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 6,912.00 | 6,912.00 |
| J & J PIPE & SUPPLY, INC. | 2,494.00 | 255.00 | 0.00 | 0.00 | -326.00 | 2,423.00 |
| JME ELLSWORTH | 1,176.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,176.00 |
| KNOX OILFIELD SUPPLY, INC | 0.00 | 0.00 | 0.00 | 0.00 | -269.00 | -269.00 |
| LOUISIANA SAFETY SYSTEMS, INC. | 270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 270.00 |
| Marathon Oil, INC. | 0.00 | 1,314.00 | 0.00 | 0.00 | 0.00 | 1,314.00 |
| MBL METALS, LCC | 218.00 | 0.00 | 0.00 | 0.00 | 0.00 | 218.00 |
| McCARTY EQUIPMENT CO LTD. | 98.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98.00 |
| MOTION INDUSTRIES | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| MRC GLOBAL (US) INC. | 0.00 | 60.00 | 0.00 | 0.00 | 88.00 | 148.00 |
| MUELLER STEAM SPECIALTY (WATTS) | 0.00 | 0.00 | 0.00 | 0.00 | 127.00 | 127.00 |
| NRG MANUFACTURING, INC. | 758.00 | 2,547.00 | 0.00 | 0.00 | 0.00 | 3,305.00 |
| SEC Energy Products & Services LLP | 13,326.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,326.00 |
| SETPOINT INTERGRATED SOLUTIONS | 46.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.00 |
| SPEC AMERICAS | 0.00 | 0.00 | 0.00 | 0.00 | 1,278.10 | 1,278.10 |
| SUWANNEE SUPPLY, INC. | 7,504.00 | 394.00 | 0.00 | 0.00 | 0.00 | 7,898.00 |
| VALERUS FIELD SOLUTIONS LP | 6,013.80 | 792.00 | 2,226.00 | 0.00 | 626.00 | 9,657.80 |
| VERTZ & COMPANY | 0.00 | 0.00 | 0.00 | 0.00 | 201.04 | 201.04 |
| WARRIOR SUPPLY INC. | 484.00 | 0.00 | 0.00 | -184.00 | 0.00 | 300.00 |
| **TOTAL** | **87,722.16** | **56,935.08** | **2,078.00** | **-561.04** | **14,251.46** | **160,425.66** |





# MANAGE YOUR CASH
## CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11
279 OILFIELD RD
BELLVILLE TX  77418

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD   DECEMBER 01, 2016  -  DECEMBER 30, 2016

### Commercial Checking  00001537840362                    CDR STRAINERS & FILTERS INC

| | | | |
|---|---|---|---|
| Previous Balance  11/30/16 | $623.88 | Number of Days in Cycle | 30 |
| 27 Deposits/Credits | $176,485.53 | Minimum Balance This Cycle | ($2,103.91) |
| 284 Checks/Debits | ($151,586.66) | Average Collected Balance | $24,841.43 |
| Service Charges | $0.00 | | |
| Ending Balance 12/30/16 | $25,522.75 | | |

## ACCOUNT DETAIL     FOR PERIOD   DECEMBER 01, 2016   -   DECEMBER 30, 2016

### Commercial Checking 00001537840362                             CDR STRAINERS & FILTERS INC

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 12/01 | Debit Card Purchase 113016 EXXONMOBIL   48052484   KATY TX | | $50.00 | $573.88 |
| 12/01 | Check      1609 | | $734.81 | ($160.93) |
| 12/01 | Check      1613 | | $721.27 | ($882.20) |
| 12/01 | Check      1603 | | $541.71 | ($1,423.91) |
| 12/01 | Check      1623 | | $320.00 | ($1,743.91) |
| 12/01 | Check      1616 | | $50.00 | ($1,793.91) |
| 12/01 | Check      1622 | | $100.00 | ($1,893.91) |
| 12/01 | Overdraft charge DR AMT       50.00 0021098780 120116 | | $35.00 | ($1,928.91) |
| 12/01 | Overdraft charge DR AMT     100.00 0078611404 120116 | | $35.00 | ($1,963.91) |
| 12/01 | Overdraft charge DR AMT     320.00 0020839680 120116 | | $35.00 | ($1,998.91) |
| 12/01 | Overdraft charge DR AMT     541.71 0078611400 120116 | | $35.00 | ($2,033.91) |
| 12/01 | Overdraft charge DR AMT     721.27 0021098776 120116 | | $35.00 | ($2,068.91) |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



**An Important Message to Our Clients**

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A.,  7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 1 / SHC: 0 / LOB :S

**CAPITAL**One **Bank**

# MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL     CONTINUED FOR PERIOD  DECEMBER 01, 2016    -    DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------|--------------------|-------------------|
| 12/01 | Overdraft charge DR AMT    734.81 0078716240 120116 | | $35.00 | ($2,103.91) |
| 12/02 | ACH deposit Enerflex Energy  EDI PYMNTS 120216 0007CDR Strainers & ***********0692 | $27,336.00 | | $25,232.09 |
| 12/02 | ACH deposit EXTERRAN        EDI PYMNT 120216 0012CDR STRAINERS & ACH161201ACHD | $3,654.08 | | $28,886.17 |
| 12/02 | ACH deposit Alegacy         PAYABLES 120216 CDR STRAINERS & FILTER CDR010 | $1,336.00 | | $30,222.17 |
| 12/02 | ACH deposit INTUIT PYMT SOLN DEPOSIT 120216 CDR STRAINERS & FILTER ***********8052 | $1,049.58 | | $31,271.75 |
| 12/02 | ACH deposit SEC ENERGY PRODU EFT PMT 120216 CDR STRAINERS & FILTER 5100026047 | $418.00 | | $31,689.75 |
| 12/02 | ATM withdrawal ATM WITHDRAWAL 00A1D7 120216 1250 PIN OAK ROAD KATY      TX | | $500.00 | $31,189.75 |
| 12/02 | Recur Debit Card Purchase 113016 ADRENALINE TUMBLE AND     KATY TX | | $70.00 | $31,119.75 |
| 12/02 | Debit Card Purchase 120116 VENETIAN NAIL SPA KATY    KATY        TX | | $90.00 | $31,029.75 |
| 12/02 | ACH Withdrawal PENNYMAC       ACH PYTS 120216 CAPTIL ONE 1000127376 | | $3,625.89 | $27,403.86 |
| 12/02 | ACH Withdrawal INTUIT PYMT SOLN TRAN FEE 120216 CDR STRAINERS & FILTER ***********8052 | | $36.68 | $27,367.18 |
| 12/05 | ATM withdrawal ATM WITHDRAWAL 00C403 120316 23910 WESTHEIMER PKWY     KATY        TX | | $800.00 | $26,567.18 |
| 12/05 | ATM withdrawal ATM WITHDRAWAL 00C403 120416 23910 WESTHEIMER PKWY     KATY        TX | | $300.00 | $26,267.18 |
| 12/05 | Debit Card Purchase KROGER 1712 SPRI 014686 120316 KROGER 1712 SPRING GREEN   KATY        TX | | $36.57 | $26,230.61 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD  DECEMBER 01, 2016   -  DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|--------------------|
| 12/05 | Debit Card Purchase KROGER 1712 SPRI 014612 120316 KROGER 1712 SPRING GREEN  KATY        TX | | $209.45 | $26,021.16 |
| 12/05 | Debit Card Purchase 120316 GRAND LAKES CLEANERS        KATY          TX | | $17.99 | $26,003.17 |
| 12/05 | Debit Card Purchase 120316 MAMA FU'S KATY          KATY         TX | | $43.61 | $25,959.56 |
| 12/05 | ACH Withdrawal U. P. S.        UPS BILL 120516 X 16331000046F4A2 | | $112.01 | $25,847.55 |
| 12/05 | Check      1646 | | $811.25 | $25,036.30 |
| 12/05 | Check      1601 | | $638.25 | $24,398.05 |
| 12/05 | Check      1630 | | $500.00 | $23,898.05 |
| 12/05 | Check      1647 | | $429.30 | $23,468.75 |
| 12/05 | Check      1654 | | $364.32 | $23,104.43 |
| 12/05 | Check      1640 | | $100.00 | $23,004.43 |
| 12/06 | ACH deposit EXTERRAN        EDI PYMNT 120616 0011CDR STRAINERS & ACH161205CMMD | $20,992.00 | | $43,996.43 |
| 12/06 | Check      1661 | | $4,500.00 | $39,496.43 |
| 12/06 | Check      1652 | | $1,225.59 | $38,270.84 |
| 12/06 | Check      1593 | | $1,060.00 | $37,210.84 |
| 12/06 | Check      1594 | | $1,060.00 | $36,150.84 |
| 12/06 | Check      1595 | | $1,000.00 | $35,150.84 |
| 12/06 | Check      1645 | | $959.06 | $34,191.78 |
| 12/06 | Check      1644 | | $785.01 | $33,406.77 |
| 12/06 | Check      1650 | | $734.81 | $32,671.96 |
| 12/06 | Check      1655 | | $721.27 | $31,950.69 |
| 12/06 | Check      1643 | | $653.90 | $31,296.79 |
| 12/06 | Check      1653 | | $617.43 | $30,679.36 |
| 12/06 | Check      1642 | | $508.72 | $30,170.64 |
| 12/06 | Check      1649 | | $336.48 | $29,834.16 |
| 12/06 | Check      1651 | | $313.20 | $29,520.96 |
| 12/06 | Check      1648 | | $282.13 | $29,238.83 |
| 12/06 | Check      1641 | | $100.00 | $29,138.83 |
| 12/06 | Check      1638 | | $100.00 | $29,038.83 |
| 12/06 | Check      1639 | | $100.00 | $28,938.83 |
| 12/06 | Check      1624 | | $50.00 | $28,888.83 |
| 12/07 | ACH Withdrawal VW CREDIT, TEL.  WEB DEBIT 120716 BLANCA CROSON PWBS 881605312 | | $1,200.00 | $27,688.83 |
| 12/07 | ACH Withdrawal USR ElectricBill 0391D 120716 REY CROSON 000011519133 | | $154.99 | $27,533.84 |
| 12/08 | ACH deposit EXTERRAN        EDI PYMNT 120816 0012CDR STRAINERS & ACH161207CMMD | $3,942.84 | | $31,476.68 |



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD  DECEMBER 01, 2016   -   DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 12/08 | ACH deposit INTUIT PYMT SOLN DEPOSIT 120816 CDR STRAINERS & FILTER ***********8052 | $142.00 | | $31,618.68 |
| 12/08 | ACH Withdrawal MERCURY INS PAYMENT 120816 CDR STRAINERS & FILTER 1000508048-6771 | | $4,370.00 | $27,248.68 |
| 12/08 | ACH Withdrawal STONEMARK HOLDIN INS. PMNT. 120816 CDR Strainers & Filter 1080-351577 | | $872.69 | $26,375.99 |
| 12/08 | ACH Withdrawal STONEMARK HOLDIN SERVICE FE 120816 CDR Strainers & Filter 1080-351577 | | $10.00 | $26,365.99 |
| 12/08 | ACH Withdrawal INTUIT PYMT SOLN TRAN FEE 120816 CDR STRAINERS & FILTER ***********8052 | | $5.08 | $26,360.91 |
| 12/08 | Check     1625 | | $615.19 | $25,745.72 |
| 12/08 | Check     1659 | | $307.00 | $25,438.72 |
| 12/08 | Check     1660 | | $307.00 | $25,131.72 |
| 12/08 | Check     1656 | | $233.00 | $24,898.72 |
| 12/08 | Check     1658 | | $233.00 | $24,665.72 |
| 12/08 | Check     1657 | | $233.00 | $24,432.72 |
| 12/08 | Check     1662 | | $147.02 | $24,285.70 |
| 12/08 | Check     1626 | | $100.00 | $24,185.70 |
| 12/09 | ACH deposit Alegacy      PAYABLES 120916 CDR STRAINERS & FILTER CDR010 | $1,300.00 | | $25,485.70 |
| 12/12 | Customer Deposit | $19,543.00 | | $45,028.70 |
| 12/12 | ACH deposit ETC FIELD SERVIC EDI PYMNTS 121216 CDR STRAINERS  FILTERS 01-653 51001385 | $1,784.00 | | $46,812.70 |
| 12/12 | Debit Card Purchase 121116 MAMA FU'S KATY          KATY          TX | | $25.44 | $46,787.26 |
| 12/12 | Debit Card Purchase CHEVRON/MEHDI MO 100418 121216 CHEVRON/MEHDI MOHAMMAD    HOUSTON     TX | | $51.83 | $46,735.43 |
| 12/12 | ACH Withdrawal ACHIVR VISB    BILL PYMNT 121216 JUAN *YGNACIO 4344167 | | $1,000.98 | $45,734.45 |
| 12/12 | ACH Withdrawal CITI CARD ONLINE PAYMENT 121216 REY CROSON ***********3740 | | $500.00 | $45,234.45 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



**ACCOUNT DETAIL**   CONTINUED FOR PERIOD  DECEMBER 01, 2016   -  DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|--------------------|
| 12/12 | ACH Withdrawal U. P. S.      UPS BILL 121216 X 16338000046F4A2 | | $153.52 | $45,080.93 |
| 12/12 | ACH Withdrawal PAYCHEX EIB INVOICE 121216 CDR STRAINERS AND FILT X69098900037107 | | $61.83 | $45,019.10 |
| 12/12 | Check      1689 | | $741.72 | $44,277.38 |
| 12/12 | Check      1700 | | $429.30 | $43,848.08 |
| 12/12 | Check      1690 | | $376.31 | $43,471.77 |
| 12/12 | Check      1697 | | $336.48 | $43,135.29 |
| 12/12 | Check      1665 | | $275.00 | $42,860.29 |
| 12/12 | Check      1666 | | $126.00 | $42,734.29 |
| 12/12 | Check      1708 | | $100.00 | $42,634.29 |
| 12/13 | ATM withdrawal ATM WITHDRAWAL 00A1D7 121216 1250 PIN OAK ROAD KATY      TX | | $740.00 | $41,894.29 |
| 12/13 | Debit Card Purchase KROGER 1712 SPRI 014610 121216 KROGER 1712 SPRING GREEN   KATY      TX | | $152.25 | $41,742.04 |
| 12/13 | Debit Card Purchase THE HOME DEPOT # 006421 121316 THE HOME DEPOT #0534      KATY      TX | | $97.64 | $41,644.40 |
| 12/13 | ACH Withdrawal CAPITAL ONE MOBILE PMT 121316 8360671534CROSONREY ***********6175 | | $1,115.72 | $40,528.68 |
| 12/13 | ACH Withdrawal CAPITAL ONE MOBILE PMT 121316 9925101790CROSON BLANC ***********6176 | | $300.00 | $40,228.68 |
| 12/13 | ACH Withdrawal MERRICK BANK COR MOBILE PAY 121316 REY CROSON ***********1707 | | $300.00 | $39,928.68 |
| 12/13 | ACH Withdrawal CAPITAL ONE MOBILE PMT 121316 8030829066CROSONREY ***********6174 | | $233.00 | $39,695.68 |
| 12/13 | Check      1712 | | $1,000.00 | $38,695.68 |
| 12/13 | Check      1701 | | $959.06 | $37,736.62 |
| 12/13 | Check      1688 | | $937.20 | $36,799.42 |
| 12/13 | Check      1696 | | $766.45 | $36,032.97 |
| 12/13 | Check      1699 | | $721.27 | $35,311.70 |
| 12/13 | Check      1691 | | $665.37 | $34,646.33 |
| 12/13 | Check      1703 | | $603.65 | $34,042.68 |
| 12/13 | Check      1692 | | $508.72 | $33,533.96 |
| 12/13 | Check      1686 | | $440.00 | $33,093.96 |
| 12/13 | Check      1684 | | $412.00 | $32,681.96 |



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL    CONTINUED FOR PERIOD  DECEMBER 01, 2016    -  DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 12/13 | Check      1693 | | $335.21 | $32,346.75 |
| 12/13 | Check      1698 | | $321.71 | $32,025.04 |
| 12/13 | Check      1682 | | $168.00 | $31,857.04 |
| 12/13 | Check      1683 | | $148.00 | $31,709.04 |
| 12/13 | Check      1685 | | $110.00 | $31,599.04 |
| 12/13 | Check      1715 | | $106.00 | $31,493.04 |
| 12/13 | Check      1714 | | $106.00 | $31,387.04 |
| 12/13 | Check      1713 | | $106.00 | $31,281.04 |
| 12/13 | Check      1705 | | $100.00 | $31,181.04 |
| 12/14 | ACH deposit INTUIT PYMT SOLN DEPOSIT 121416 CDR STRAINERS & FILTER ***********8052 | $534.06 | | $31,715.10 |
| 12/14 | ATM withdrawal ATM WITHDRAWAL 00A1D7 121416 1250 PIN OAK ROAD KATY        TX | | $300.00 | $31,415.10 |
| 12/14 | Customer withdrawal | | $500.00 | $30,915.10 |
| 12/14 | Debit Card Purchase 121316 SUBWAY 00102442     HEMPSTEAD     TX | | $24.36 | $30,890.74 |
| 12/14 | Debit Card Purchase 121316 EXXONMOBIL    48052484     KATY TX | | $59.50 | $30,831.24 |
| 12/14 | ACH Withdrawal INTUIT PYMT SOLN TRAN FEE 121416 CDR STRAINERS & FILTER ***********8052 | | $18.41 | $30,812.83 |
| 12/14 | Check      1632 | | $4,101.44 | $26,711.39 |
| 12/14 | Check      1702 | | $1,225.59 | $25,485.80 |
| 12/14 | Check      1631 | | $1,060.00 | $24,425.80 |
| 12/14 | Check      1672 | | $929.49 | $23,496.31 |
| 12/14 | Check      1669 | | $608.44 | $22,887.87 |
| 12/14 | Check      1670 | | $167.42 | $22,720.45 |
| 12/14 | Check      1707 | | $100.00 | $22,620.45 |
| 12/14 | Check      1710 | | $100.00 | $22,520.45 |
| 12/14 | Check      1716 | | $50.00 | $22,470.45 |
| 12/14 | Check      1704 | | $47.80 | $22,422.65 |
| 12/15 | ACH deposit EXTERRAN        EDI PYMNT 121516 0010CDR STRAINERS & ACH161214ACHD | $807.00 | | $23,229.65 |
| 12/15 | Debit Card Purchase 121316 CHICK-FIL-A #02964        KATY        TX | | $6.92 | $23,222.73 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD DECEMBER 01, 2016   -   DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-----------------|
| 12/15 | Debit Card Purchase 121316 SNHU BURSAR         06036682211    NH | | $235.00 | $22,987.73 |
| 12/15 | Check     1694 | | $680.94 | $22,306.79 |
| 12/15 | Check     1681 | | $413.14 | $21,893.65 |
| 12/15 | Check     1671 | | $349.38 | $21,544.27 |
| 12/15 | Check     1667 | | $315.31 | $21,228.96 |
| 12/15 | Check     1668 | | $302.81 | $20,926.15 |
| 12/15 | Check     1706 | | $100.00 | $20,826.15 |
| 12/16 | ACH deposit EXTERRAN         EDI PYMNT 121616 0010CDR STRAINERS & ACH161215ACHD | $638.96 | | $21,465.11 |
| 12/16 | ATM withdrawal ATM WITHDRAWAL 00A1D7 121616 1250 PIN OAK ROAD KATY         TX | | $200.00 | $21,265.11 |
| 12/16 | Debit Card Purchase 121516 CHEVRON 0155716         HOUSTON     TX | | $35.86 | $21,229.25 |
| 12/16 | Debit Card Purchase 121516 HCTRA EZ TAG REBILL      281-8753279   TX | | $320.00 | $20,909.25 |
| 12/16 | Check     1664 | | $1,112.00 | $19,797.25 |
| 12/16 | Check     1679 | | $1,028.04 | $18,769.21 |
| 12/16 | Check     1719 | | $307.00 | $18,462.21 |
| 12/16 | Check     1721 | | $307.00 | $18,155.21 |
| 12/16 | Check     1722 | | $307.00 | $17,848.21 |
| 12/16 | Check     1720 | | $307.00 | $17,541.21 |
| 12/16 | Check     1596 | | $300.00 | $17,241.21 |
| 12/16 | Check     1723 | | $120.00 | $17,121.21 |
| 12/16 | Check     1724 | | $120.00 | $17,001.21 |
| 12/19 | Customer Deposit | $2,763.00 | | $19,764.21 |
| 12/19 | Customer withdrawal | | $100.00 | $19,664.21 |
| 12/19 | Debit Card Purchase 121616 STARBUCKS STORE 11561     HOUSTON     TX | | $6.93 | $19,657.28 |
| 12/19 | Debit Card Purchase KROGER 1712 SPRI 014607 121716 KROGER 1712 SPRING GREEN   KATY         TX | | $36.64 | $19,620.64 |
| 12/19 | Debit Card Purchase KROGER 1712 SPRI 014686 121716 KROGER 1712 SPRING GREEN   KATY         TX | | $21.24 | $19,599.40 |
| 12/19 | Recur Debit Card Purchase 121716 AABACO SMALL BUSINESS 8664381582    CA | | $20.94 | $19,578.46 |
| 12/19 | Debit Card Purchase 121816 WINGSTOP 0756         KATY      TX | | $64.57 | $19,513.89 |
| 12/19 | ACH Withdrawal U. P. S.      UPS BILL 121916 X 16345000046F4A2 | | $81.06 | $19,432.83 |
| 12/19 | Check     1634 | | $1,000.00 | $18,432.83 |
| 12/19 | Check     1695 | | $734.81 | $17,698.02 |

Case 16-31997   Document 139   Filed in TXSB on 01/24/17   Page 17 of 24



# MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL  CONTINUED FOR PERIOD  DECEMBER 01, 2016  -  DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------|--------------------|-------------------|
| 12/19 | Check    1675 | | $630.56 | $17,067.46 |
| 12/19 | Check    1677 | | $572.72 | $16,494.74 |
| 12/19 | Check    1674 | | $565.60 | $15,929.14 |
| 12/19 | Check    1635 | | $435.46 | $15,493.68 |
| 12/19 | Check    1742 | | $429.30 | $15,064.38 |
| 12/19 | Check    1735 | | $280.40 | $14,783.98 |
| 12/19 | Check    1747 | | $100.00 | $14,683.98 |
| 12/19 | Check    1711 | | $100.00 | $14,583.98 |
| 12/19 | Check    1717 | | $100.00 | $14,483.98 |
| 12/19 | Check    1709 | | $50.00 | $14,433.98 |
| 12/19 | Check    1718 | | $50.00 | $14,383.98 |
| 12/20 | ACH deposit SEC ENERGY      EDI PYMNTS 122016 CDR STRAINERS  FILTERS 01-630 51000262 | $26,565.00 | | $40,948.98 |
| 12/20 | ACH deposit EXTERRAN      EDI PYMNT 122016 0011CDR STRAINERS & ACH161219ACHD | $1,547.28 | | $42,496.26 |
| 12/20 | Debit Card Purchase WM SUPERCENTER # 270098 122016 WM SUPERCENTER # Wal-Mart  RICHMOND      TX | | $418.00 | $42,078.26 |
| 12/20 | Debit Card Purchase Wal-Mart Super C 003827 122016 Wal-Mart Super Center RICHMOND      TX | | $88.06 | $41,990.20 |
| 12/20 | Check    1737 | | $1,225.59 | $40,764.61 |
| 12/20 | Check    1731 | | $959.06 | $39,805.55 |
| 12/20 | Check    1743 | | $741.72 | $39,063.83 |
| 12/20 | Check    1733 | | $653.90 | $38,409.93 |
| 12/20 | Check    1730 | | $500.07 | $37,909.86 |
| 12/20 | Check    1676 | | $466.72 | $37,443.14 |
| 12/20 | Check    1738 | | $251.50 | $37,191.64 |
| 12/20 | Check    1750 | | $210.50 | $36,981.14 |
| 12/20 | Check    1741 | | $207.10 | $36,774.04 |
| 12/20 | Check    1680 | | $185.11 | $36,588.93 |
| 12/20 | Check    1678 | | $150.32 | $36,438.61 |
| 12/20 | Check    1749 | | $100.00 | $36,338.61 |
| 12/20 | Check    1744 | | $35.36 | $36,303.25 |
| 12/21 | ATM withdrawal ATM WITHDRAWAL 00A1D7 122016 1250 PIN OAK ROAD KATY      TX | | $100.00 | $36,203.25 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD DECEMBER 01, 2016   -   DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|--------------------|
| 12/21 | ATM withdrawal ATM WITHDRAWAL 00C403 122116 23910 WESTHEIMER PKWY    KATY         TX | | $300.00 | $35,903.25 |
| 12/21 | Check     1756 | | $500.00 | $35,403.25 |
| 12/21 | Debit Card Purchase 121916 SHELL OIL 57545599102     FULSHEAR     TX | | $68.77 | $35,334.48 |
| 12/21 | Debit Card Purchase TOYS R US #7050 050996 122016 TOYS R US #7050 KATY        TX | | $22.64 | $35,311.84 |
| 12/21 | Debit Card Purchase 122016 LA MADELEINE #134        KATY        TX | | $35.43 | $35,276.41 |
| 12/21 | Recur Debit Card Purchase 122016 EXEDE WILDBLUE VIASAT     08669453258   CA | | $171.11 | $35,105.30 |
| 12/21 | Check     1728 | | $1,350.00 | $33,755.30 |
| 12/21 | Check     1673 | | $1,107.78 | $32,647.52 |
| 12/21 | Check     1732 | | $766.45 | $31,881.07 |
| 12/21 | Check     1734 | | $721.27 | $31,159.80 |
| 12/21 | Check     1754 | | $694.00 | $30,465.80 |
| 12/21 | Check     1736 | | $603.65 | $29,862.15 |
| 12/21 | Check     1726 | | $477.12 | $29,385.03 |
| 12/21 | Check     1725 | | $405.30 | $28,979.73 |
| 12/21 | Check     1751 | | $218.25 | $28,761.48 |
| 12/21 | Check     1748 | | $100.00 | $28,661.48 |
| 12/21 | Check     1746 | | $100.00 | $28,561.48 |
| 12/22 | ACH deposit EXTERRAN        EDI PYMNT 122216 0016CDR STRAINERS & ACH161221ACHD | $14,223.38 | | $42,784.86 |
| 12/22 | ATM withdrawal ATM WITHDRAWAL 00A1D7 122116 1250 PIN OAK ROAD KATY        TX | | $360.00 | $42,424.86 |
| 12/22 | Debit Card Purchase 122016 SHARPER EYECARE      RICHMOND      TX | | $220.00 | $42,204.86 |
| 12/22 | ACH Withdrawal AMEX EPAYMENT ACH PMT 122216 cdr strainers filters W2594 | | $22,036.13 | $20,168.73 |
| 12/22 | Check     1740 | | $734.81 | $19,433.92 |
| 12/22 | Check     1753 | | $566.00 | $18,867.92 |
| 12/22 | Check     1627 | | $564.91 | $18,303.01 |
| 12/22 | Check     1758 | | $336.48 | $17,966.53 |
| 12/22 | Check     1752 | | $100.00 | $17,866.53 |
| 12/22 | Check     1745 | | $100.00 | $17,766.53 |
| 12/23 | ACH deposit Enerflex Energy  EDI PYMNTS 122316 0007CDR Strainers & **********0707 | $24,635.00 | | $42,401.53 |
| 12/23 | ACH deposit Alegacy        PAYABLES 122316 CDR STRAINERS & FILTER CDR010 | $5,095.00 | | $47,496.53 |



**MANAGE YOUR CASH**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

**ACCOUNT DETAIL**   CONTINUED FOR PERIOD  DECEMBER 01, 2016   -   DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 12/23 | ACH deposit ARCHROCK       EDI PYMNTS 122316 0010CDR STRAINERS & ACH161222P16-99 | $2,250.00 | | $49,746.53 |
| 12/23 | ATM withdrawal ATM WITHDRAWAL 00A1D7 122216 1250 PIN OAK ROAD KATY       TX | | $500.00 | $49,246.53 |
| 12/23 | Debit Card Purchase 122216 JOE MYERS FORD SERVICE    HOUSTON       TX | | $27.54 | $49,218.99 |
| 12/23 | Debit Card Purchase 122216 EXXONMOBIL  47941117    KATY TX | | $54.00 | $49,164.99 |
| 12/23 | Debit Card Purchase 122216 AIRROSTI REHAB CENTERS    KATY       TX | | $225.00 | $48,939.99 |
| 12/23 | Debit Card Purchase 122216 WALMART.COM         800-966-6546 AR | | $359.38 | $48,580.61 |
| 12/23 | Debit Card Purchase WM SUPERCENTER # 270003 122316 WM SUPERCENTER # Wal-Mart  RICHMOND      TX | | $157.82 | $48,422.79 |
| 12/23 | Debit Card Purchase FAMOUS FOOTWEAR  726997 122316 FAMOUS FOOTWEAR #2805      RICHMOND     TX | | $97.40 | $48,325.39 |
| 12/23 | ACH Withdrawal AMERICAN-AMICABL INS. DRAFT 122316 BLANCA D CROSON ***********4890 | | $59.85 | $48,265.54 |
| 12/23 | Check    1729 | | $1,510.50 | $46,755.04 |
| 12/23 | Check    1769 | | $1,225.59 | $45,529.45 |
| 12/23 | Check    1760 | | $1,055.00 | $44,474.45 |
| 12/23 | Check    1795 | | $653.90 | $43,820.55 |
| 12/23 | Check    1755 | | $594.00 | $43,226.55 |
| 12/23 | Check    1763 | | $588.00 | $42,638.55 |
| 12/23 | Check    1790 | | $500.07 | $42,138.48 |
| 12/23 | Check    1792 | | $429.30 | $41,709.18 |
| 12/23 | Check    1762 | | $144.00 | $41,565.18 |
| 12/23 | Check    1765 | | $125.00 | $41,440.18 |
| 12/23 | Check    1803 | | $100.00 | $41,340.18 |
| 12/23 | Check    1804 | | $100.00 | $41,240.18 |
| 12/23 | Check    1761 | | $82.38 | $41,157.80 |
| 12/23 | Check    1759 | | $82.38 | $41,075.42 |
| 12/23 | Check    1757 | | $82.38 | $40,993.04 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD DECEMBER 01, 2016   -   DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 12/27 | ATM Check Deposit | $1,706.00 | | $42,699.04 |
| 12/27 | ATM withdrawal ATM WITHDRAWAL 00A1D7 122616 1250 PIN OAK ROAD KATY      TX | | $800.00 | $41,899.04 |
| 12/27 | Debit Card Purchase 122216 GRAND LAKES CLEANERS      KATY      TX | | $48.56 | $41,850.48 |
| 12/27 | Debit Card Purchase KOHLS 0527 1200 052706 122316 KOHLS 0527 1200 FRY RD    HOUSTON      TX | | $25.00 | $41,825.48 |
| 12/27 | Debit Card Purchase 122316 GRAND LAKES CLEANERS      KATY      TX | | $18.15 | $41,807.33 |
| 12/27 | Debit Card Purchase 122316 THE CHILDRENS PLACE 41    RICHMOND TX | | $80.50 | $41,726.83 |
| 12/27 | Debit Card Purchase 122316 SANTA'S WONDERLAND TKT    COLLEGE STATI TX | | $90.74 | $41,636.09 |
| 12/27 | Debit Card Purchase 122316 HYPER AUDIO 1      KATY      TX | | $866.00 | $40,770.09 |
| 12/27 | Debit Card Purchase KROGER 25050 FM 003813 122416 KROGER 25050 FM 1093 RICHMOND      TX | | $90.50 | $40,679.59 |
| 12/27 | Debit Card Purchase 122416 CORNER STORE 1481      KATY      TX | | $57.08 | $40,622.51 |
| 12/27 | Debit Card Purchase 122616 PLN*PRICELINE.COM AIR 800-340-0575  CT | | $158.35 | $40,464.16 |
| 12/27 | ACH Withdrawal CAPITAL ONE MOBILE PMT 122716 8360671534CROSONREY ***********2335 | | $300.00 | $40,164.16 |
| 12/27 | ACH Withdrawal CAPITAL ONE MOBILE PMT 122716 9925101790CROSON BLANC ***********2336 | | $300.00 | $39,864.16 |
| 12/27 | ACH Withdrawal CAPITAL ONE MOBILE PMT 122716 8030829066CROSONREY ***********2334 | | $233.00 | $39,631.16 |
| 12/27 | ACH Withdrawal MERRICK BANK COR MOBILE PAY 122716 REY CROSON ***********2360 | | $200.00 | $39,431.16 |
| 12/27 | ACH Withdrawal U. P. S.      UPS BILL 122716 X 16352000046F4A2 | | $103.12 | $39,328.04 |
| 12/27 | ACH Withdrawal CITI CARD ONLINE PAYMENT 122716 REY CROSON ***********7349 | | $25.00 | $39,303.04 |
| 12/27 | Check      1785 | | $4,536.69 | $34,766.35 |



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL    CONTINUED FOR PERIOD  DECEMBER 01, 2016    -  DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 12/27 | Check    1770 | | $1,620.00 | $33,146.35 |
| 12/27 | Check    1784 | | $1,156.37 | $31,989.98 |
| 12/27 | Check    1637 | | $1,060.00 | $30,929.98 |
| 12/27 | Check    1774 | | $1,000.00 | $29,929.98 |
| 12/27 | Check    1794 | | $959.06 | $28,970.92 |
| 12/27 | Check    1798 | | $766.45 | $28,204.47 |
| 12/27 | Check    1796 | | $603.65 | $27,600.82 |
| 12/27 | Check    1799 | | $396.48 | $27,204.34 |
| 12/27 | Check    1771 | | $359.00 | $26,845.34 |
| 12/27 | Check    1772 | | $320.00 | $26,525.34 |
| 12/27 | Check    1793 | | $280.40 | $26,244.94 |
| 12/27 | Check    1791 | | $207.10 | $26,037.84 |
| 12/27 | Check    1802 | | $100.00 | $25,937.84 |
| 12/27 | Check    1806 | | $100.00 | $25,837.84 |
| 12/27 | Check    1807 | | $83.92 | $25,753.92 |
| 12/27 | Check    1766 | | $82.38 | $25,671.54 |
| 12/27 | Check    1764 | | $82.38 | $25,589.16 |
| 12/27 | Check    1636 | | $22.53 | $25,566.63 |
| 12/27 | Check    1812 | | $8.65 | $25,557.98 |
| 12/28 | ACH deposit SEC ENERGY      EDI PYMNTS 122816 CDR STRAINERS  FILTERS 01-630 51000264 | $1,694.00 | | $27,251.98 |
| 12/28 | Debit Card Purchase Return 122716 PLN*PRICELINE.COM AIR 800-340-0575   CT | $158.35 | | $27,410.33 |
| 12/28 | ATM withdrawal ATM WITHDRAWAL 00A1D7 122716 1250 PIN OAK ROAD KATY        TX | | $200.00 | $27,210.33 |
| 12/28 | Debit Card Purchase 122716 MASON PARK MEDICAL CTR     KATY        TX | | $408.00 | $26,802.33 |
| 12/28 | Debit Card Purchase 122716 NH RIGHT NETWORKS        HUDSON       NH | | $765.00 | $26,037.33 |
| 12/28 | Check    1776 | | $4,500.00 | $21,537.33 |
| 12/28 | Check    1767 | | $1,750.00 | $19,787.33 |
| 12/28 | Check    1768 | | $759.06 | $19,028.27 |
| 12/28 | Check    1789 | | $741.72 | $18,286.55 |
| 12/28 | Check    1809 | | $734.81 | $17,551.74 |
| 12/28 | Check    1788 | | $721.27 | $16,830.47 |
| 12/28 | Check    1787 | | $564.92 | $16,265.55 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD DECEMBER 01, 2016   -   DECEMBER 30, 2016

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 12/28 | Check     1811 | | $348.50 | $15,917.05 |
| 12/28 | Check     1797 | | $251.50 | $15,665.55 |
| 12/28 | Check     1773 | | $137.80 | $15,527.75 |
| 12/28 | Check     1727 | | $105.75 | $15,422.00 |
| 12/28 | Check     1801 | | $100.00 | $15,322.00 |
| 12/28 | Check     1810 | | $100.00 | $15,222.00 |
| 12/28 | Check     1815 | | $61.70 | $15,160.30 |
| 12/29 | ACH deposit SEC ENERGY       EDI PYMNTS 122916 CDR STRAINERS  FILTERS 01-630 51000265 | $7,403.00 | | $22,563.30 |
| 12/29 | Debit Card Purchase 122816 CINCOAUTO2            KATY       TX | | $36.99 | $22,526.31 |
| 12/29 | Debit Card Purchase 122816 ALICIA'S MEXICAN G        KATY       TX | | $93.98 | $22,432.33 |
| 12/29 | Check     1775 | | $500.00 | $21,932.33 |
| 12/29 | Check     1786 | | $372.00 | $21,560.33 |
| 12/29 | Check     1808 | | $176.28 | $21,384.05 |
| 12/30 | Customer Deposit | $4,087.00 | | $25,471.05 |
| 12/30 | ACH deposit ARCHROCK        EDI PYMNTS 123016 0010CDR STRAINERS & ACH161229P16-99 | $881.00 | | $26,352.05 |
| 12/30 | Check     1831 | | $429.30 | $25,922.75 |
| 12/30 | Check     1777 | | $300.00 | $25,622.75 |
| 12/30 | Check     1837 | | $100.00 | $25,522.75 |
| **Total** | | $176,485.53 | $151,586.66 | |

| | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $210.00 | $2,135.00 |
| Total NSF Fees | $0.00 | $805.00 |

**CDR STRAINERS & FILTERS INC**

### Commercial Checking 00001537840362

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|-----------|------|-------:|
| 1593 | 12/06 | $1,060.00 | 1623 | 12/01 | $320.00 | 1636 | 12/27 | $22.53 |
| 1594 | 12/06 | $1,060.00 | 1624 | 12/06 | $50.00 | 1637 | 12/27 | $1,060.00 |
| 1595 | 12/06 | $1,000.00 | 1625 | 12/08 | $615.19 | 1638 | 12/06 | $100.00 |
| 1596 | 12/16 | $300.00 | 1626 | 12/08 | $100.00 | 1639 | 12/06 | $100.00 |
| 1601* | 12/05 | $638.25 | 1627 | 12/22 | $564.91 | 1640 | 12/05 | $100.00 |
| 1603* | 12/01 | $541.71 | 1630* | 12/05 | $500.00 | 1641 | 12/06 | $100.00 |
| 1609* | 12/01 | $734.81 | 1631 | 12/14 | $1,060.00 | 1642 | 12/06 | $508.72 |
| 1613* | 12/01 | $721.27 | 1632 | 12/14 | $4,101.44 | 1643 | 12/06 | $653.90 |
| 1616* | 12/01 | $50.00 | 1634* | 12/19 | $1,000.00 | 1644 | 12/06 | $785.01 |
| 1622* | 12/01 | $100.00 | 1635 | 12/19 | $435.46 | 1645 | 12/06 | $959.06 |


Case 16-31997 Document 139 Filed in TXSB on 01/24/17 Page 23 of 24

# MANAGE YOUR CASH

**CAPITAL ONE Bank**

**CASH MANAGEMENT I CHECKING I MONEY MARKET I CDs I LOANS**

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD  DECEMBER 01, 2016   -   DECEMBER 30, 2016

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1646 | 12/05 | $811.25 | 1684 | 12/13 | $412.00 | 1722 | 12/16 | $307.00 |
| 1647 | 12/05 | $429.30 | 1685 | 12/13 | $110.00 | 1723 | 12/16 | $120.00 |
| 1648 | 12/06 | $282.13 | 1686 | 12/13 | $440.00 | 1724 | 12/16 | $120.00 |
| 1649 | 12/06 | $336.48 | 1688* | 12/13 | $937.20 | 1725 | 12/21 | $405.30 |
| 1650 | 12/06 | $734.81 | 1689 | 12/12 | $741.72 | 1726 | 12/21 | $477.12 |
| 1651 | 12/06 | $313.20 | 1690 | 12/12 | $376.31 | 1727 | 12/28 | $105.75 |
| 1652 | 12/06 | $1,225.59 | 1691 | 12/13 | $665.37 | 1728 | 12/21 | $1,350.00 |
| 1653 | 12/06 | $617.43 | 1692 | 12/13 | $508.72 | 1729 | 12/23 | $1,510.50 |
| 1654 | 12/05 | $364.32 | 1693 | 12/13 | $335.21 | 1730 | 12/20 | $500.07 |
| 1655 | 12/06 | $721.27 | 1694 | 12/15 | $680.94 | 1731 | 12/21 | $959.06 |
| 1656 | 12/08 | $233.00 | 1695 | 12/19 | $734.81 | 1732 | 12/21 | $766.45 |
| 1657 | 12/08 | $233.00 | 1696 | 12/13 | $766.45 | 1733 | 12/20 | $653.90 |
| 1658 | 12/08 | $233.00 | 1697 | 12/12 | $336.48 | 1734 | 12/21 | $721.27 |
| 1659 | 12/08 | $307.00 | 1698 | 12/13 | $321.71 | 1735 | 12/19 | $280.40 |
| 1660 | 12/08 | $307.00 | 1699 | 12/13 | $721.27 | 1736 | 12/21 | $603.65 |
| 1661 | 12/06 | $4,500.00 | 1700 | 12/12 | $429.30 | 1737 | 12/20 | $1,225.59 |
| 1662 | 12/08 | $147.02 | 1701 | 12/13 | $959.06 | 1738 | 12/20 | $251.50 |
| 1664* | 12/16 | $1,112.00 | 1702 | 12/14 | $1,225.59 | 1740* | 12/22 | $734.81 |
| 1665 | 12/12 | $275.00 | 1703 | 12/13 | $603.65 | 1741 | 12/20 | $207.10 |
| 1666 | 12/12 | $126.00 | 1704 | 12/14 | $47.80 | 1742 | 12/19 | $429.30 |
| 1667 | 12/15 | $315.31 | 1705 | 12/13 | $100.00 | 1743 | 12/20 | $741.72 |
| 1668 | 12/15 | $302.81 | 1706 | 12/15 | $100.00 | 1744 | 12/20 | $35.36 |
| 1669 | 12/14 | $608.44 | 1707 | 12/14 | $100.00 | 1745 | 12/22 | $100.00 |
| 1670 | 12/14 | $167.42 | 1708 | 12/12 | $100.00 | 1746 | 12/21 | $100.00 |
| 1671 | 12/15 | $349.38 | 1709 | 12/19 | $50.00 | 1747 | 12/19 | $100.00 |
| 1672 | 12/14 | $929.49 | 1710 | 12/14 | $100.00 | 1748 | 12/21 | $100.00 |
| 1673 | 12/21 | $1,107.78 | 1711 | 12/19 | $100.00 | 1749 | 12/20 | $100.00 |
| 1674 | 12/19 | $565.60 | 1712 | 12/13 | $1,000.00 | 1750 | 12/20 | $210.50 |
| 1675 | 12/19 | $630.56 | 1713 | 12/13 | $106.00 | 1751 | 12/21 | $218.25 |
| 1676 | 12/20 | $466.72 | 1714 | 12/13 | $106.00 | 1752 | 12/20 | $100.00 |
| 1677 | 12/19 | $572.72 | 1715 | 12/13 | $106.00 | 1753 | 12/22 | $566.00 |
| 1678 | 12/20 | $150.32 | 1716 | 12/14 | $50.00 | 1754 | 12/21 | $694.00 |
| 1679 | 12/16 | $1,028.04 | 1717 | 12/19 | $100.00 | 1755 | 12/23 | $594.00 |
| 1680 | 12/20 | $185.11 | 1718 | 12/19 | $50.00 | 1756 | 12/21 | $500.00 |
| 1681 | 12/15 | $413.14 | 1719 | 12/16 | $307.00 | 1757 | 12/23 | $82.38 |
| 1682 | 12/13 | $168.00 | 1720 | 12/16 | $307.00 | 1758 | 12/22 | $336.48 |
| 1683 | 12/13 | $148.00 | 1721 | 12/16 | $307.00 | 1759 | 12/23 | $82.38 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
**FDIC**

## ACCOUNT DETAIL   CONTINUED FOR PERIOD  DECEMBER 01, 2016   -   DECEMBER 30, 2016

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 1760 | 12/23 | $1,055.00 | 1776 | 12/28 | $4,500.00 | 1798 | 12/27 | $766.45 |
| 1761 | 12/23 | $82.38 | 1777 | 12/30 | $300.00 | 1799 | 12/27 | $396.48 |
| 1762 | 12/23 | $144.00 | 1784* | 12/27 | $1,156.37 | 1801* | 12/28 | $100.00 |
| 1763 | 12/23 | $588.00 | 1785 | 12/27 | $4,536.69 | 1802 | 12/27 | $100.00 |
| 1764 | 12/27 | $82.38 | 1786 | 12/29 | $372.00 | 1803 | 12/23 | $100.00 |
| 1765 | 12/23 | $125.00 | 1787 | 12/28 | $564.92 | 1804 | 12/23 | $100.00 |
| 1766 | 12/27 | $82.38 | 1788 | 12/28 | $721.27 | 1806* | 12/27 | $100.00 |
| 1767 | 12/28 | $1,750.00 | 1789 | 12/28 | $741.72 | 1807 | 12/27 | $83.92 |
| 1768 | 12/28 | $759.06 | 1790 | 12/23 | $500.07 | 1808 | 12/29 | $176.28 |
| 1769 | 12/23 | $1,225.59 | 1791 | 12/27 | $207.10 | 1809 | 12/28 | $734.81 |
| 1770 | 12/27 | $1,620.00 | 1792 | 12/23 | $429.30 | 1810 | 12/28 | $100.00 |
| 1771 | 12/27 | $359.00 | 1793 | 12/27 | $280.40 | 1811 | 12/28 | $348.50 |
| 1772 | 12/27 | $320.00 | 1794 | 12/27 | $959.06 | 1812 | 12/27 | $8.65 |
| 1773 | 12/28 | $137.80 | 1795 | 12/23 | $653.90 | 1815* | 12/28 | $61.70 |
| 1774 | 12/27 | $1,000.00 | 1796 | 12/27 | $603.65 | 1831* | 12/30 | $429.30 |
| 1775 | 12/29 | $500.00 | 1797 | 12/28 | $251.50 | 1837* | 12/30 | $100.00 |