B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re   CDR STRAINERS & FILTERS, INC.                  Case No.   16-31997
_____
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   JANUARY 2017                                   Date filed:   02/20/2017

Line of Business:   MANUFACTURER                        NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

BLANCA D. CROSON
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☑ | ☐ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☑  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 126,840.56 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 25,522.75 |
| Cash on Hand at End of Month | $ | 9,736.59 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 9,736.59 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 142,626.72 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 126,840.56 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 142,626.72 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -15,786.16 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 242,545.44

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                      20

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                        18

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                                  $  5,000.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                             $  30,000.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                              $  0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                        $  0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 189,911.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 158,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 31,911.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.



CASE NAME: **CDR STRAINERS & FILTERS,INC.**
CASE NUMBER: 16-31997
SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2017 January | MONTH | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 25,522.75 | | | | | | $ 25,522.75 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 126,840.56 | | | | | | 126,840.56 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | $ 126,840.56 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 126,840.56 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 57,579.52 | | | | | | 57,579.52 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 4,500.00 | | | | | | 4,500.00 |
| 11. UTILITIES & TELEPHONE | 14,582.00 | | | | | | 14,582.00 |
| 12. INSURANCE | 5,676.90 | | | | | | 5,676.90 |
| 13. INVENTORY PURCHASES | 41,621.30 | | | | | | 41,621.30 |
| 14. VEHICLE EXPENSES | 6,642.00 | | | | | | 6,642.00 |
| 15. TRAVEL & ENTERTAINMENT | 1,200.00 | | | | | | 1,200.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 5,825.00 | | | | | | 5,825.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 137,626.72 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 137,626.72 |
| 19. PROFESSIONAL FEES | 5,000.00 | | | | | | 5,000.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 142,626.72 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 142,626.72 |
| 22. NET CASH FLOW | (15,786.16) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,786.16) |
| 23. CASH - END OF MONTH (SMOR-2) | $ 9,736.59 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 9,736.59 |

**SBMOR-Exhibit B-1**

\* Applies to Individual debtors only

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014



CASE NAME: **CDR STRAINERS & FILTERS,INC.**

CASE NUMBER: 16-31997

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
### MONTH OF January 2017

| BANK NAME | CAPITAL ONE | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 1537840362 | # | # | | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BEGINNING BANK BALANCE | $ 25,522.75 | | | | $ 25,522.75 |
| RECEIPTS | 126,840.56 | | | | 126,840.56 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 142,626.72 | | | | 142,626.72 |
| ENDING BANK BALANCE | $ 9,736.59 | $ 0.00 | $ 0.00 | $ 0.00 | $ 9,736.59 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 9,736.59 | $ 0.00 | $ 0.00 | $ 0.00 | $ 9,736.59 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**

\* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

*Revised 01/31/2014*

9:44 AM
02/20/17

# CDR STRAINERS & FILTERS, INC.
## A/R Aging Summary
### As of January 31, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| A&B VALVE & PIPING SYSTEMS, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 710.00 | 710.00 |
| ALEGACY EQUIPMENT LLC | 10,215.00 | 0.00 | 0.00 | 0.00 | -965.00 | 9,250.00 |
| AWC, INC. | 328.00 | 548.00 | 0.00 | 0.00 | 0.00 | 876.00 |
| BELL SUPPLY CO, INC. | 96.00 | 0.00 | 0.00 | 0.00 | 288.00 | 384.00 |
| BETA INTERNATIONAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 2,556.00 | 2,556.00 |
| CITY PIPE & SUPPLY CORP. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMPRESSION GENERATION SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,418.00 | 1,418.00 |
| DNOW L . P . | 11,405.00 | 142.00 | 0.00 | 0.00 | 0.00 | 11,547.00 |
| ELITE COMPRESSION SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | -2.00 |
| ENABLE BAKKEN CRUDE SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENERFLEX ENERGY SYSTEMS INC. | 53,532.00 | 18,350.00 | 0.00 | 0.00 | 0.00 | 71,882.00 |
| ETC IS Procurement Co, LLC | 34,437.14 | 0.00 | 0.00 | -1,004.00 | 0.00 | 33,433.14 |
| EXTERRAN ENERGY SOLUTIONS,L.P. | 12,433.00 | 1,176.00 | 0.08 | 30.00 | 1,217.28 | 14,856.36 |
| FIELD INDUSTIRES | 0.00 | 0.00 | 509.00 | 0.00 | 0.00 | 509.00 |
| HATFIELD AND COMPANY, INC. | 1,216.00 | 450.00 | 1.00 | 0.00 | 0.00 | 1,667.00 |
| ITS ENGINEERED SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 6,912.00 | 6,912.00 |
| J & J PIPE & SUPPLY, INC. | 1,981.00 | 1,144.00 | 0.00 | 0.00 | -326.00 | 2,799.00 |
| JME ELLSWORTH | 1,859.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,859.00 |
| KNOX OILFIELD SUPPLY, INC | 0.00 | 0.00 | 0.00 | 0.00 | -269.00 | -269.00 |
| Marathon Oil, INC. | 0.00 | 0.00 | 1,314.00 | 0.00 | 0.00 | 1,314.00 |
| MBL METALS, LCC | 0.00 | 218.00 | 0.00 | 0.00 | 0.00 | 218.00 |
| McCARTY EQUIPMENT CO LTD. | 0.00 | 98.00 | 0.00 | 0.00 | 0.00 | 98.00 |
| MOTION INDUSTRIES | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| MRC GLOBAL (US) INC. | 754.00 | 0.00 | 60.00 | 0.00 | 88.00 | 902.00 |
| MUELLER STEAM SPECIALTY (WATTS) | 0.00 | 0.00 | 0.00 | 0.00 | 127.00 | 127.00 |
| NRG MANUFACTURING, INC. | 0.00 | 758.00 | 2,547.00 | 0.00 | 0.00 | 3,305.00 |
| SEC Energy Products & Services LLP | 11,854.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,854.00 |
| SPEC AMERICAS | 0.00 | 0.00 | 0.00 | 0.00 | 1,278.10 | 1,278.10 |
| SUWANNEE SUPPLY, INC. | 43,596.00 | 6,842.00 | 0.00 | 0.00 | 0.00 | 50,438.00 |
| VALERUS FIELD SOLUTIONS LP | 2,706.00 | 6,013.80 | 792.00 | 2,226.00 | 626.00 | 12,363.80 |
| VERTZ & COMPANY | 0.00 | 0.00 | 0.00 | 0.00 | 201.04 | 201.04 |
| WARRIOR SUPPLY INC. | 228.00 | 0.00 | 0.00 | 0.00 | -184.00 | 44.00 |
| TOTAL | 186,640.14 | 35,739.80 | 5,223.08 | 1,252.00 | 13,690.42 | 242,545.44 |



**Capital**One **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11
279 OILFIELD RD
BELLVILLE TX 77418

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD   JANUARY 01, 2017  -  JANUARY 31, 2017

### Commercial Checking 00001537840362                                    CDR STRAINERS & FILTERS INC

| | | | |
|---|---|---|---|
| Previous Balance 12/31/16 | $25,522.75 | Number of Days in Cycle | 31 |
| 30 Deposits/Credits | $126,840.56 | Minimum Balance This Cycle | $1,234.27 |
| 263 Checks/Debits | ($142,626.72) | Average Collected Balance | $18,529.43 |
| Service Charges | $0.00 | | |
| Ending Balance 01/31/17 | $9,736.59 | | |

## ACCOUNT DETAIL    FOR PERIOD   JANUARY 01, 2017   -  JANUARY 31, 2017

### Commercial Checking 00001537840362                           CDR STRAINERS & FILTERS INC

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/03 | ATM withdrawal ATM WITHDRAWAL 00A1D7 010217 1250 PIN OAK ROAD KATY      TX | | $800.00 | $24,722.75 |
| 01/03 | Debit Card Purchase 122916 TACO CABANA 20182      KATY      TX | | $33.14 | $24,689.61 |
| 01/03 | Debit Card Purchase 123016 STARBUCKS STORE 24853    FULSHEAR     TX | | $8.58 | $24,681.03 |
| 01/03 | Recur Debit Card Purchase 123116 ADRENALINE TUMBLE AND    KATY TX | | $70.00 | $24,611.03 |
| 01/03 | Debit Card Purchase 010117 IHOP 3509 00035097   RICHMOND    TX | | $18.27 | $24,592.76 |
| 01/03 | Debit Card Purchase 010217 EXXONMOBIL  48052484    KATY TX | | $61.00 | $24,531.76 |
| 01/03 | ACH Withdrawal U. P. S.      UPS BILL 010317 X 16359000046F4A2 | | $412.55 | $24,119.21 |
| 01/03 | Check     1833 | | $1,225.59 | $22,893.62 |
| 01/03 | Check     1832 | | $959.06 | $21,934.56 |

*Thank you for banking with us.*                              PAGE 1 OF 16

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



**An Important Message to Our Clients**

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Capital**One **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2017   -  JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 01/03 | Check 1826 | | $734.81 | $21,199.75 |
| 01/03 | Check 1830 | | $721.27 | $20,478.48 |
| 01/03 | Check 1822 | | $649.99 | $19,828.49 |
| 01/03 | Check 1827 | | $636.49 | $19,192.00 |
| 01/03 | Check 1843 | | $584.25 | $18,607.75 |
| 01/03 | Check 1633 | | $500.00 | $18,107.75 |
| 01/03 | Check 1834 | | $498.06 | $17,609.69 |
| 01/03 | Check 1823 | | $494.30 | $17,115.39 |
| 01/03 | Check 1824 | | $423.54 | $16,691.85 |
| 01/03 | Check 1821 | | $373.32 | $16,318.53 |
| 01/03 | Check 1829 | | $294.05 | $16,024.48 |
| 01/03 | Check 1838 | | $100.00 | $15,924.48 |
| 01/03 | Check 1861 | | $100.00 | $15,824.48 |
| 01/03 | Check 1835 | | $100.00 | $15,724.48 |
| 01/03 | Check 1840 | | $100.00 | $15,624.48 |
| 01/03 | Check 1839 | | $100.00 | $15,524.48 |
| 01/03 | Check 1841 | | $100.00 | $15,424.48 |
| 01/03 | Check 1818 | | $80.25 | $15,344.23 |
| 01/03 | Check 1814 | | $18.56 | $15,325.67 |
| 01/03 | Check 1816 | | $13.78 | $15,311.89 |
| 01/03 | Check 1813 | | $11.47 | $15,300.42 |
| 01/04 | ACH deposit EXTERRAN  EDI PYMNT 010417 0010CDR STRAINERS & ACH160103ACHD | $1,860.04 | | $17,160.46 |
| 01/04 | Debit Card Purchase Wal-Mart Super C 003226 010317 Wal-Mart Super Center KATY  TX | | $149.03 | $17,011.43 |
| 01/04 | Debit Card Purchase 010317 DELTA HOUSTON  TX | | $60.00 | $16,951.43 |
| 01/04 | Debit Card Purchase HEMPSTEAD TRUCK 119524 010417 HEMPSTEAD TRUCK STOP HEMPSTEAD  TX | | $70.00 | $16,881.43 |
| 01/04 | Check 1820 | | $741.72 | $16,139.71 |
| 01/04 | Check 1845 | | $72.00 | $16,067.71 |
| 01/05 | ACH deposit EXTERRAN  EDI PYMNT 010517 0011CDR STRAINERS & ACH170104ACHD | $1,211.79 | | $17,279.50 |
| 01/05 | Debit Card Purchase 010317 DELTA NORWALK  CT | | $270.80 | $17,008.70 |

PAGE 3 OF 16

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2017   - JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------|--------------------|-------------------|
| 01/05 | Debit Card Purchase 010417 HEMPSTEAD/DAIRY QUEQPS HEMPSTEAD    TX | | $11.13 | $16,997.57 |
| 01/05 | Debit Card Purchase 010417 SUBWAY 00102442    HEMPSTEAD    TX | | $16.02 | $16,981.55 |
| 01/05 | Debit Card Purchase 010417 RED ROBIN NO 503    KATY    TX | | $38.10 | $16,943.45 |
| 01/05 | Check    1779 | | $1,060.00 | $15,883.45 |
| 01/05 | Check    1780 | | $500.00 | $15,383.45 |
| 01/05 | Check    1847 | | $130.00 | $15,253.45 |
| 01/05 | Check    1848 | | $100.00 | $15,153.45 |
| 01/06 | ACH deposit SEC ENERGY    EDI PYMNTS 010617 CDR STRAINERS  FILTERS 01-630 51000266 | $12,657.00 | | $27,810.45 |
| 01/06 | ACH deposit Alegacy    PAYABLES 010617 CDR STRAINERS & FILTER CDR010 | $3,008.00 | | $30,818.45 |
| 01/06 | ACH deposit ARCHROCK    EDI PYMNTS 010617 0010CDR STRAINERS & ACH170105P16-99 | $2,824.00 | | $33,642.45 |
| 01/06 | Customer Deposit | $1,093.00 | | $34,735.45 |
| 01/06 | Customer withdrawal | | $500.00 | $34,235.45 |
| 01/06 | Debit Card Purchase KROGER 1712 SPRI 014613 010517 KROGER 1712 SPRING GREEN  KATY    TX | | $243.07 | $33,992.38 |
| 01/06 | Debit Card Purchase 010517 BLACK WALNUT CAFE - CI  KATY    TX | | $23.60 | $33,968.78 |
| 01/06 | Debit Card Purchase 010517 HCTRA EZ TAG REBILL    281-8753279  TX | | $320.00 | $33,648.78 |
| 01/06 | Debit Card Purchase 010517 MEMORIAL CITY CARDIOLO    KATY    TX | | $565.38 | $33,083.40 |
| 01/06 | Debit Card Purchase Wal-Mart Super C 003827 010617 Wal-Mart Super Center RICHMOND    TX | | $211.16 | $32,872.24 |
| 01/06 | ACH Withdrawal CAPITAL ONE MOBILE PMT 010617 9925101790CROSON BLANC ***********2221 | | $1,000.00 | $31,872.24 |
| 01/06 | Check    1817 | | $850.00 | $31,022.24 |
| 01/06 | Check    1844 | | $329.00 | $30,693.24 |
| 01/06 | Check    1782 | | $301.25 | $30,391.99 |
| 01/06 | Check    1860 | | $69.43 | $30,322.56 |
| 01/09 | ACH deposit Enerflex Energy EDI PYMNTS 010917 0007CDR Strainers & ***********0712 | $14,353.00 | | $44,675.56 |
| 01/09 | ACH deposit INTUIT PYMT SOLN DEPOSIT 010917 CDR STRAINERS & FILTER ***********8052 | $2,296.66 | | $46,972.22 |

**Capital**One**Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2017  -  JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------|-------------------|-------------------|
| 01/09 | Debit Card Purchase 010517 CHICK-FIL-A #03524   HOUSTON   TX | | $9.71 | $46,962.51 |
| 01/09 | Debit Card Purchase 010717 FORT BEND COUNTY TOLL   NEWARK   NJ | | $5.70 | $46,956.81 |
| 01/09 | Debit Card Purchase 010717 FORT BEND COUNTY TOLL   NEWARK   NJ | | $5.70 | $46,951.11 |
| 01/09 | Debit Card Purchase 010717 FORT BEND COUNTY TOLL   NEWARK   NJ | | $8.80 | $46,942.31 |
| 01/09 | Debit Card Purchase 010717 TXTAG 888 468 9824   888-4689824   TX | | $11.06 | $46,931.25 |
| 01/09 | Debit Card Purchase 010717 TXTAG 888 468 9824   888-4689824   TX | | $24.12 | $46,907.13 |
| 01/09 | Debit Card Purchase 010717 IHOP 3509 00035097   RICHMOND   TX | | $32.97 | $46,874.16 |
| 01/09 | Debit Card Purchase 010717 GRAND LAKES CLEANERS   KATY   TX | | $54.54 | $46,819.62 |
| 01/09 | Debit Card Purchase 010717 MOVE IT STORAGE - FULS   2813460919   TX | | $278.95 | $46,540.67 |
| 01/09 | Debit Card Purchase TIMEWISE #121 133097 010817 TIMEWISE #121 KATY   TX | | $57.20 | $46,483.47 |
| 01/09 | ACH Withdrawal MERCURY INS PAYMENT 010917 CDR STRAINERS & FILTER 1000508340-3740 | | $2,289.90 | $44,193.57 |
| 01/09 | ACH Withdrawal STONEMARK HOLDIN INS. PMNT. 010917 CDR Strainers & Filter 1080-351577 | | $872.69 | $43,320.88 |
| 01/09 | ACH Withdrawal ACHIVR VISB   BILL PYMNT 010917 JUAN *YGNACIO 5975068 | | $831.79 | $42,489.09 |
| 01/09 | ACH Withdrawal INTUIT PYMT SOLN TRAN FEE 010917 CDR STRAINERS & FILTER ***********8052 | | $78.59 | $42,410.50 |
| 01/09 | ACH Withdrawal STONEMARK HOLDIN SERVICE FE 010917 CDR Strainers & Filter 1080-351577 | | $10.00 | $42,400.50 |
| 01/09 | Check    1819 | | $2,081.00 | $40,319.50 |
| 01/10 | ACH deposit EXTERRAN   EDI PYMNT 011017 0011CDR STRAINERS & ACH170109ACHD | $2,630.32 | | $42,949.82 |
| 01/10 | Customer Deposit | $1,126.00 | | $44,075.82 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER
FDIC

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2017   - JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/10 | ACH deposit SEC ENERGY     EDI PYMNTS 011017 CDR STRAINERS  FILTERS 01-630 51000267 | $334.00 | | $44,409.82 |
| 01/10 | ATM withdrawal ATM WITHDRAWAL 00C641 010917 1102 ELDRIDGE PKWY HOUSTON     TX | | $740.00 | $43,669.82 |
| 01/10 | Customer withdrawal | | $500.00 | $43,169.82 |
| 01/10 | Debit Card Purchase SHELL Service St 686951 010917 SHELL Service Station HOUSTON     TX | | $2.67 | $43,167.15 |
| 01/10 | ACH Withdrawal Lubbock Chris U TMSONETIME 011017 Blanca Croson ***********4011 | | $3,761.90 | $39,405.25 |
| 01/10 | ACH Withdrawal VW CREDIT, TEL.  WEB DEBIT 011017 BLANCA CROSON PWBS 881605312 | | $2,556.88 | $36,848.37 |
| 01/10 | ACH Withdrawal U. P. S.     UPS BILL 011017 X 16366000046F4A2 | | $81.39 | $36,766.98 |
| 01/10 | ACH Withdrawal PAYCHEX EIB INVOICE 011017 CDR STRAINERS AND FILT X69487600001486 | | $61.83 | $36,705.15 |
| 01/10 | Check      1781 | | $2,020.00 | $34,685.15 |
| 01/10 | Check      1884 | | $959.96 | $33,725.19 |
| 01/10 | Check      1883 | | $741.92 | $32,983.27 |
| 01/10 | Check      1854 | | $608.44 | $32,374.83 |
| 01/10 | Check      1849 | | $520.00 | $31,854.83 |
| 01/10 | Check      1881 | | $445.05 | $31,409.78 |
| 01/10 | Check      1882 | | $429.50 | $30,980.28 |
| 01/10 | Check      1875 | | $376.51 | $30,603.77 |
| 01/10 | Check      1850 | | $368.00 | $30,235.77 |
| 01/10 | Check      1878 | | $315.53 | $29,920.24 |
| 01/10 | Check      1889 | | $177.08 | $29,743.16 |
| 01/10 | Check      1892 | | $59.81 | $29,683.35 |
| 01/11 | ACH deposit ETC INTRASTATE P EDI PYMNTS 011117 CDR STRAINERS  FILTERS 01-830 51000101 | $6,429.00 | | $36,112.35 |
| 01/11 | ACH deposit DNOW L.P.     EDI PYMNTS 011117 0010CDR STRAINERS AN 0020584556 | $676.00 | | $36,788.35 |
| 01/11 | Debit Card Purchase 010917 CHICK-FIL-A #00943     KATY     TX | | $16.95 | $36,771.40 |
| 01/11 | Debit Card Purchase 010917 SHELL OIL 57543428304     HOUSTON     TX | | $60.37 | $36,711.03 |
| 01/11 | Debit Card Purchase 011017 STARBUCKS STORE 23257    KATY     TX | | $7.25 | $36,703.78 |

**Capital**One **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2017   - JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 01/11 | Debit Card Purchase 011017 ESMARTPAYROLL PAYCHECK 04089358969   CA | | $30.00 | $36,673.78 |
| 01/11 | Recur Debit Card Purchase 011017 ATT*BUS PHONE PMT 800-426-7066  TX | | $464.07 | $36,209.71 |
| 01/11 | Debit Card Purchase OFFICE MAX/OFFI 678203 011117 OFFICE MAX/OFFI 23610 WHE  KATY        TX | | $108.01 | $36,101.70 |
| 01/11 | Check      1897 | | $2,150.00 | $33,951.70 |
| 01/11 | Check      1857 | | $929.49 | $33,022.21 |
| 01/11 | Check      1886 | | $785.41 | $32,236.80 |
| 01/11 | Check      1876 | | $618.33 | $31,618.47 |
| 01/11 | Check      1842 | | $375.11 | $31,243.36 |
| 01/11 | Check      1880 | | $336.68 | $30,906.68 |
| 01/11 | Check      1853 | | $302.81 | $30,603.87 |
| 01/11 | Check      1855 | | $167.42 | $30,436.45 |
| 01/11 | Check      1778 | | $157.50 | $30,278.95 |
| 01/11 | Check      1895 | | $100.00 | $30,178.95 |
| 01/11 | Check      1891 | | $24.00 | $30,154.95 |
| 01/12 | ACH deposit EXTERRAN        EDI PYMNT 011217 0012CDR STRAINERS & ACH170111ACHD | $5,784.44 | | $35,939.39 |
| 01/12 | ATM withdrawal ATM WITHDRAWAL 00C358 011217 1250 PIN OAK RD KATY        TX | | $100.00 | $35,839.39 |
| 01/12 | ACH Withdrawal CITI CARD ONLINE PAYMENT 011217 REY CROSON ***********1230 | | $300.00 | $35,539.39 |
| 01/12 | ACH Withdrawal MERRICK BANK COR MOBILE PAY 011217 REY CROSON ***********0547 | | $100.00 | $35,439.39 |
| 01/12 | Check      1851 | | $3,201.00 | $32,238.39 |
| 01/12 | Check      1877 | | $1,225.99 | $31,012.40 |
| 01/12 | Check      1896 | | $980.00 | $30,032.40 |
| 01/12 | Check      1859 | | $723.95 | $29,308.45 |
| 01/12 | Check      1874 | | $721.67 | $28,586.78 |
| 01/12 | Check      1885 | | $681.14 | $27,905.64 |
| 01/12 | Check      1862 | | $659.69 | $27,245.95 |
| 01/12 | Check      1888 | | $508.92 | $26,737.03 |

PAGE 7 OF 16

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2017   -  JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 01/12 | Check   1901 | | $350.00 | $26,387.03 |
| 01/12 | Check   1902 | | $175.00 | $26,212.03 |
| 01/12 | Check   1903 | | $130.00 | $26,082.03 |
| 01/12 | Check   1890 | | $105.00 | $25,977.03 |
| 01/12 | Check   1905 | | $104.00 | $25,873.03 |
| 01/12 | Check   1893 | | $100.00 | $25,773.03 |
| 01/12 | Check   1904 | | $90.00 | $25,683.03 |
| 01/13 | ACH deposit Alegacy      PAYABLES 011317 CDR STRAINERS & FILTER CDR010 | $1,076.00 | | $26,759.03 |
| 01/13 | ATM withdrawal ATM WITHDRAWAL 00C403 011317 23910 WESTHEIMER PKWY    KATY       TX | | $100.00 | $26,659.03 |
| 01/13 | ACH Withdrawal USR ElectricBill 0391D 011317 REY CROSON 000011393919 | | $255.96 | $26,403.07 |
| 01/13 | ACH Withdrawal USR ElectricBill 0391D 011317 REY CROSON 000011519133 | | $226.44 | $26,176.63 |
| 01/13 | Check   1899 | | $4,500.00 | $21,676.63 |
| 01/13 | Check   1898 | | $1,510.00 | $20,166.63 |
| 01/13 | Check   1858 | | $1,107.78 | $19,058.85 |
| 01/13 | Check   1879 | | $735.22 | $18,323.63 |
| 01/13 | Check   1887 | | $665.77 | $17,657.86 |
| 01/13 | Check   1856 | | $349.38 | $17,308.48 |
| 01/13 | Check   1852 | | $315.31 | $16,993.17 |
| 01/13 | Check   1894 | | $100.00 | $16,893.17 |
| 01/17 | ACH deposit Enerflex Energy  EDI PYMNTS 011717 0007CDR Strainers & ***********0717 | $14,516.00 | | $31,409.17 |
| 01/17 | ACH deposit INTUIT PYMT SOLN DEPOSIT 011717 CDR STRAINERS & FILTER ***********8052 | $3,763.26 | | $35,172.43 |
| 01/17 | ACH deposit DNOW L.P.      EDI PYMNTS 011717 0009CDR STRAINERS AN 0020589239 | $150.00 | | $35,322.43 |
| 01/17 | Check   1943 | | $500.00 | $34,822.43 |
| 01/17 | Debit Card Purchase SHELL Service St 168552 011317 SHELL Service Station FULSHEAR     TX | | $62.41 | $34,760.02 |
| 01/17 | Debit Card Purchase KROGER 1712 SPRI 014613 011617 KROGER 1712 SPRING GREEN  KATY      TX | | $343.72 | $34,416.30 |
| 01/17 | Recur Debit Card Purchase 011617 AABACO SMALL BUSINESS 8664381582    CA | | $20.94 | $34,395.36 |

**Capital One Bank**

# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL    CONTINUED FOR PERIOD JANUARY 01, 2017    -    JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/17 | Debit Card Purchase THE HOME DEPOT # 015612 011717 THE HOME DEPOT #6586    CYPRESS    TX | | $85.08 | $34,310.28 |
| 01/17 | ACH Withdrawal U. P. S.    UPS BILL 011717 X 17007000046F4A2 | | $834.95 | $33,475.33 |
| 01/17 | ACH Withdrawal INTUIT PYMT SOLN TRAN FEE 011717 CDR STRAINERS & FILTER ***********8052 | | $128.20 | $33,347.13 |
| 01/17 | Check    1912 | | $1,225.99 | $32,121.14 |
| 01/17 | Check    1869 | | $1,112.00 | $31,009.14 |
| 01/17 | Check    1846 | | $1,060.00 | $29,949.14 |
| 01/17 | Check    1918 | | $959.96 | $28,989.18 |
| 01/17 | Check    1920 | | $850.38 | $28,138.80 |
| 01/17 | Check    1917 | | $741.92 | $27,396.88 |
| 01/17 | Check    1911 | | $664.30 | $26,732.58 |
| 01/17 | Check    1864 | | $498.62 | $26,233.96 |
| 01/17 | Check    1863 | | $483.52 | $25,750.44 |
| 01/17 | Check    1916 | | $429.50 | $25,320.94 |
| 01/17 | Check    1872 | | $406.00 | $24,914.94 |
| 01/17 | Check    1910 | | $382.51 | $24,532.43 |
| 01/17 | Check    1866 | | $269.94 | $24,262.49 |
| 01/17 | Check    1868 | | $206.57 | $24,055.92 |
| 01/17 | Check    1942 | | $100.00 | $23,955.92 |
| 01/18 | Customer Deposit | $510.00 | | $24,465.92 |
| 01/18 | Customer withdrawal | | $700.00 | $23,765.92 |
| 01/18 | Debit Card Purchase THE HOME DEPOT # 015612 011817 THE HOME DEPOT #6586    CYPRESS    TX | | $81.73 | $23,684.19 |
| 01/18 | ACH Withdrawal CITI CARD ONLINE PAYMENT 011817 REY CROSON ***********8207 | | $250.00 | $23,434.19 |
| 01/18 | Check    1900 | | $2,500.00 | $20,934.19 |
| 01/18 | Check    1923 | | $1,275.00 | $19,659.19 |
| 01/18 | Check    1915 | | $336.68 | $19,322.51 |
| 01/18 | Check    1913 | | $266.59 | $19,055.92 |
| 01/19 | Debit Card Purchase TIMEWISE #121 133097 011817 TIMEWISE #121 KATY    TX | | $60.31 | $18,995.61 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.


MEMBER FDIC

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2017   -  JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 01/19 | ACH Withdrawal CommunityHealtTX HEALTH INS 011917 Blanca D CROSON ***********6413 | | $536.20 | $18,459.41 |
| 01/19 | Check    1914 | | | |
| 01/19 | Check    1909 | | $735.22 | $17,724.19 |
| 01/19 | Check    1919 | | $721.67 | $17,002.52 |
| 01/19 | Check    1945 | | $681.14 | $16,321.38 |
| 01/19 | Check    1944 | | $484.00 | $15,837.38 |
| 01/19 | Check    1948 | | $374.00 | $15,463.38 |
| 01/19 | Check    1946 | | $110.00 | $15,353.38 |
| 01/19 | Check    1947 | | $100.00 | $15,253.38 |
| 01/19 | Check    1908 | | $100.00 | $15,153.38 |
| 01/19 | Check    1907 | | $100.00 | $15,053.38 |
| 01/20 | ACH deposit Alegacy       PAYABLES 012017 CDR STRAINERS & FILTER CDR010 | $2,916.00 | $100.00 | $14,953.38 $17,869.38 |
| 01/20 | ACH deposit DNOW L.P.       EDI PYMNTS 012017 0009CDR STRAINERS AN 0020591861 | $888.00 | | $18,757.38 |
| 01/20 | Customer Deposit | $662.00 | | $19,419.38 |
| 01/20 | ATM withdrawal ATM WITHDRAWAL 00C358 012017 1250 PIN OAK RD KATY      TX | | $400.00 | $19,019.38 |
| 01/20 | Debit Card Purchase 011917 RACEPARTNER.COM 888-90 866-553-6783  FL | | $41.94 | $18,977.44 |
| 01/20 | Debit Card Purchase 011917 529 SHELL AUTO CARE      HOUSTON      TX | | $547.59 | $18,429.85 |
| 01/20 | ACH Withdrawal St Eliz Ann Seto FACTS 012017 BLANCA D. CROSON ***********5402 | | $1,000.00 | $17,429.85 |
| 01/20 | Check    1941 | | $1,050.00 | $16,379.85 |
| 01/20 | Check    1865 | | $1,041.22 | $15,338.63 |
| 01/20 | Check    1867 | | $179.70 | $15,158.93 |
| 01/20 | Check    1949 | | $10.39 | $15,148.54 |
| 01/23 | ACH deposit Enerflex Energy  EDI PYMNTS 012317 0007CDR Strainers & ***********0722 | $10,218.00 | | $25,366.54 |
| 01/23 | Customer withdrawal | | $740.00 | $24,626.54 |
| 01/23 | Debit Card Purchase 012017 RUSSO'S NEW YORK PIZZE     KATY      TX | | $67.78 | $24,558.76 |
| 01/23 | Recur Debit Card Purchase 012017 EXEDE WILDBLUE VIASAT      08669453258   CA | | $171.11 | $24,387.65 |
| 01/23 | Debit Card Purchase 012117 WENDY'S 1463      KATY      TX | | $7.63 | $24,380.02 |
| 01/23 | Debit Card Purchase 012117 MAMA FU'S - KATY      KATY      TX | | $20.54 | $24,359.48 |

**Capital**One **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2017   - JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/23 | Debit Card Purchase 012117 PUEBLO VIEJO       HOUSTON      TX | | $29.23 | $24,330.25 |
| 01/23 | Debit Card Purchase 012117 ESMARTPAYROLL PAYCHECK 04089358969   CA | | $71.00 | $24,259.25 |
| 01/23 | Debit Card Purchase TIMEWISE #121 133097 012217 TIMEWISE #121 KATY       TX | | $40.10 | $24,219.15 |
| 01/23 | Debit Card Purchase TIMEWISE #121 133097 012217 TIMEWISE #121 KATY       TX | | $20.87 | $24,198.28 |
| 01/23 | Debit Card Purchase SHELL Service St 688444 012217 SHELL Service Station SEGUIN       TX | | $15.79 | $24,182.49 |
| 01/23 | Debit Card Purchase KROGER 1712 SPRI 014609 012217 KROGER 1712 SPRING GREEN  KATY       TX | | $21.39 | $24,161.10 |
| 01/23 | Debit Card Purchase KROGER 1712 SPRI 014610 012217 KROGER 1712 SPRING GREEN  KATY       TX | | $167.65 | $23,993.45 |
| 01/23 | Debit Card Purchase 012217 CHILI'S SEGUIN       SEGUIN      TX | | $45.53 | $23,947.92 |
| 01/23 | Debit Card Purchase TIMEWISE #121 133097 012317 TIMEWISE #121 KATY       TX | | $30.09 | $23,917.83 |
| 01/23 | ACH Withdrawal U. P. S.       UPS BILL 012317 X 17014000046F4A2 | | $1,632.50 | $22,285.33 |
| 01/23 | ACH Withdrawal CITI CARD ONLINE PAYMENT 012317 REY CROSON ***********2140 | | $200.00 | $22,085.33 |
| 01/23 | ACH Withdrawal AMERICAN-AMICABL INS. DRAFT 012317 BLANCA D CROSON ***********4890 | | $59.85 | $22,025.48 |
| 01/23 | Check       1906 | | $1,630.48 | $20,395.00 |
| 01/23 | Check       2005 | | $1,225.99 | $19,169.01 |
| 01/23 | Check       1921 | | $634.54 | $18,534.47 |
| 01/23 | Check       1922 | | $503.15 | $18,031.32 |
| 01/23 | Check       2010 | | $429.50 | $17,601.82 |
| 01/23 | Check       1924 | | $300.00 | $17,301.82 |
| 01/23 | Check       2003 | | $280.60 | $17,021.22 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



## ACCOUNT DETAIL    CONTINUED FOR PERIOD JANUARY 01, 2017    -    JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|--------------------|
| 01/23 | Check     1950 | | $47.00 | $16,974.22 |
| 01/24 | Customer Deposit | $6,223.08 | | $23,197.30 |
| 01/24 | ACH deposit EXTERRAN     EDI PYMNT 012417 0012CDR STRAINERS & ACH170123ACHD | $2,123.66 | | $25,320.96 |
| 01/24 | Customer withdrawal | | $100.00 | $25,220.96 |
| 01/24 | Debit Card Purchase CHEVRON/FUEL MAX 100418 012317 CHEVRON/FUEL MAXX #16     BELLVILLE     TX | | $64.15 | $25,156.81 |
| 01/24 | ACH Withdrawal AMEX EPAYMENT ACH PMT 012417 cdr strainers filters W3638 | | $17,366.10 | $7,790.71 |
| 01/24 | Check     2013 | | $1,140.44 | $6,650.27 |
| 01/24 | Check     2001 | | $959.96 | $5,690.31 |
| 01/24 | Check     2004 | | $869.50 | $4,820.81 |
| 01/24 | Check     2011 | | $741.92 | $4,078.89 |
| 01/24 | Check     2014 | | $583.69 | $3,495.20 |
| 01/24 | Check     2008 | | $533.14 | $2,962.06 |
| 01/24 | Check     2015 | | $506.04 | $2,456.02 |
| 01/24 | Check     2006 | | $315.53 | $2,140.49 |
| 01/24 | Check     1951 | | $152.00 | $1,988.49 |
| 01/25 | Debit Card Purchase 012417 PANERA BREAD #4109     HOUSTON     TX | | $6.80 | $1,981.69 |
| 01/25 | Debit Card Purchase 012417 PANERA BREAD #4109     HOUSTON     TX | | $12.20 | $1,969.49 |
| 01/25 | Check     2007 | | $735.22 | $1,234.27 |
| 01/26 | ACH deposit EXTERRAN     EDI PYMNT 012617 0022CDR STRAINERS & ACH170125ACHD | $13,492.60 | | $14,726.87 |
| 01/26 | Check     2002 | | $721.67 | $14,005.20 |
| 01/26 | Check     1953 | | $624.00 | $13,381.20 |
| 01/26 | Check     2012 | | $557.38 | $12,823.82 |
| 01/26 | Check     1952 | | $528.00 | $12,295.82 |
| 01/26 | Check     1959 | | $228.00 | $12,067.82 |
| 01/26 | Check     1960 | | $203.00 | $11,864.82 |
| 01/26 | Check     1961 | | $100.00 | $11,764.82 |
| 01/26 | Check     1957 | | $82.38 | $11,682.44 |
| 01/26 | Check     1955 | | $82.38 | $11,600.06 |
| 01/26 | Check     1956 | | $82.38 | $11,517.68 |
| 01/26 | Check     1962 | | $50.00 | $11,467.68 |
| 01/27 | ACH deposit Enerflex Energy  EDI PYMNTS 012717 0007CDR Strainers & ***********0726 | $11,517.00 | | $22,984.68 |
| 01/27 | Customer Deposit | $46.00 | | $23,030.68 |
| 01/27 | ATM withdrawal ATM WITHDRAWAL 00A1D7 012717 1250 PIN OAK ROAD KATY     TX | | $600.00 | $22,430.68 |

# Capital One Bank

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

**ACCOUNT DETAIL**   CONTINUED FOR PERIOD JANUARY 01, 2017   -   JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 01/27 | Customer withdrawal | | $1,000.00 | $21,430.68 |
| 01/27 | Debit Card Purchase 012617 RIGHT NETWORKS LLC     HUDSON     NH | | $765.00 | $20,665.68 |
| 01/27 | ACH Withdrawal St Eliz Ann Seto FACTS 012717 BLANCA D. CROSON ***********9710 | | $1,000.00 | $19,665.68 |
| 01/27 | Check     2019 | | $959.96 | $18,705.72 |
| 01/27 | Check     2017 | | $500.00 | $18,205.72 |
| 01/27 | Check     1958 | | $82.38 | $18,123.34 |
| 01/30 | ACH deposit INTUIT PYMT SOLN DEPOSIT 013017 CDR STRAINERS & FILTER ***********8052 | $2,120.71 | | $20,244.05 |
| 01/30 | ACH deposit SEC ENERGY     EDI PYMNTS 013017 CDR STRAINERS  FILTERS 01-630 51000270 | $335.00 | | $20,579.05 |
| 01/30 | Debit Card Purchase 012617 DENNY'S #7836     KATY     TX | | $28.82 | $20,550.23 |
| 01/30 | Debit Card Purchase 012717 PANERA BREAD BAKERY     KATY     TX | | $14.25 | $20,535.98 |
| 01/30 | Debit Card Purchase 012717 SHELL OIL 57545599102   FULSHEAR   TX | | $61.59 | $20,474.39 |
| 01/30 | ACH Withdrawal Lubbock Chris U TMSONETIME 013017 Blanca Croson ***********5778 | | $1,000.00 | $19,474.39 |
| 01/30 | ACH Withdrawal CITI CARD ONLINE PAYMENT 013017 REY CROSON ***********3368 | | $300.00 | $19,174.39 |
| 01/30 | ACH Withdrawal U. P. S.     UPS BILL 013017 X 17021000046F4A2 | | $285.83 | $18,888.56 |
| 01/30 | ACH Withdrawal INTUIT PYMT SOLN TRAN FEE 013017 CDR STRAINERS & FILTER ***********8052 | | $72.35 | $18,816.21 |
| 01/30 | Check     2016 | | $1,060.00 | $17,756.21 |
| 01/30 | Check     2041 | | $828.04 | $16,928.17 |
| 01/30 | Check     2048 | | $741.92 | $16,186.25 |
| 01/30 | Check     2037 | | $429.50 | $15,756.75 |
| 01/30 | Check     2047 | | $364.52 | $15,392.23 |
| 01/30 | Check     1965 | | $100.00 | $15,292.23 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER FDIC

**ACCOUNT DETAIL**   CONTINUED FOR PERIOD JANUARY 01, 2017   -   JANUARY 31, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 01/31 | Debit Card Purchase OFFICE MAX/OFFI 678203 013117 OFFICE MAX/OFFI 23610 WHE KATY         TX | | $60.02 | $15,232.21 |
| 01/31 | Check    2034 | | | |
| 01/31 | Check    2042 | | $1,225.99 | $14,006.22 |
| 01/31 | Check    2035 | | $952.49 | $13,053.73 |
| 01/31 | Check    2036 | | $917.45 | $12,136.28 |
| 01/31 | Check    2033 | | $917.45 | $11,218.83 |
| 01/31 | Check    2046 | | $736.53 | $10,482.30 |
| 01/31 | Check    1954 | | $595.39 | $9,886.91 |
| | | | $150.32 | $9,736.59 |
| **Total** | | **$126,840.56** | **$142,626.72** | |

**Commercial Checking 00001537840362**

**CDR STRAINERS & FILTERS INC**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 1633 | 01/03 | $500.00 | 1840 | 01/03 | $100.00 | 1867 | 01/20 | $179.70 |
| 1778* | 01/11 | $157.50 | 1841 | 01/03 | $100.00 | 1868 | 01/17 | $206.57 |
| 1779 | 01/05 | $1,060.00 | 1842 | 01/11 | $375.11 | 1869 | 01/17 | $1,112.00 |
| 1780 | 01/05 | $500.00 | 1843 | 01/03 | $584.25 | 1872* | 01/17 | $406.00 |
| 1781 | 01/10 | $2,020.00 | 1844 | 01/06 | $329.00 | 1874* | 01/12 | $721.67 |
| 1782 | 01/06 | $301.25 | 1845 | 01/04 | $72.00 | 1875 | 01/10 | $376.51 |
| 1813* | 01/03 | $11.47 | 1846 | 01/17 | $1,060.00 | 1876 | 01/11 | $618.33 |
| 1814 | 01/03 | $18.56 | 1847 | 01/05 | $130.00 | 1877 | 01/12 | $1,225.99 |
| 1816* | 01/03 | $13.78 | 1848 | 01/05 | $100.00 | 1878 | 01/10 | $315.53 |
| 1817 | 01/06 | $850.00 | 1849 | 01/10 | $520.00 | 1879 | 01/13 | $735.22 |
| 1818 | 01/03 | $80.25 | 1850 | 01/10 | $368.00 | 1880 | 01/11 | $336.68 |
| 1819 | 01/09 | $2,081.00 | 1851 | 01/12 | $3,201.00 | 1881 | 01/10 | $445.05 |
| 1820 | 01/04 | $741.72 | 1852 | 01/13 | $315.31 | 1882 | 01/10 | $429.50 |
| 1821 | 01/03 | $373.32 | 1853 | 01/11 | $302.81 | 1883 | 01/10 | $741.92 |
| 1822 | 01/03 | $649.99 | 1854 | 01/10 | $608.44 | 1884 | 01/10 | $959.96 |
| 1823 | 01/03 | $494.30 | 1855 | 01/11 | $167.42 | 1885 | 01/12 | $681.14 |
| 1824 | 01/03 | $423.54 | 1856 | 01/13 | $349.38 | 1886 | 01/11 | $785.41 |
| 1826* | 01/03 | $734.81 | 1857 | 01/11 | $929.49 | 1887 | 01/13 | $665.77 |
| 1827 | 01/03 | $636.49 | 1858 | 01/13 | $1,107.78 | 1888 | 01/12 | $508.92 |
| 1829* | 01/03 | $294.05 | 1859 | 01/12 | $723.95 | 1889 | 01/10 | $177.08 |
| 1830 | 01/03 | $721.27 | 1860 | 01/06 | $69.43 | 1890 | 01/12 | $105.00 |
| 1832* | 01/03 | $959.06 | 1861 | 01/03 | $100.00 | 1891 | 01/11 | $24.00 |
| 1833 | 01/03 | $1,225.59 | 1862 | 01/12 | $659.69 | 1892 | 01/10 | $59.81 |
| 1834 | 01/03 | $498.06 | 1863 | 01/17 | $483.52 | 1893 | 01/12 | $100.00 |
| 1835 | 01/03 | $100.00 | 1864 | 01/17 | $498.62 | 1894 | 01/13 | $100.00 |
| 1838* | 01/03 | $100.00 | 1865 | 01/20 | $1,041.22 | 1895 | 01/11 | $100.00 |
| 1839 | 01/03 | $100.00 | 1866 | 01/17 | $269.94 | 1896 | 01/12 | $980.00 |

**Capital**One **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL CONTINUED FOR PERIOD JANUARY 01, 2017 - JANUARY 31, 2017

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|-------|-----------|-----------|-------|-----------|-----------|-------|-----------|
| 1897 | 01/11 | $2,150.00 | 1923 | 01/18 | $1,275.00 | 2002 | 01/26 | $721.67 |
| 1898 | 01/13 | $1,510.00 | 1924 | 01/23 | $300.00 | 2003 | 01/23 | $280.60 |
| 1899 | 01/13 | $4,500.00 | 1941* | 01/20 | $1,050.00 | 2004 | 01/24 | $869.50 |
| 1900 | 01/18 | $2,500.00 | 1942 | 01/17 | $100.00 | 2005 | 01/23 | $1,225.99 |
| 1901 | 01/12 | $350.00 | 1943 | 01/17 | $500.00 | 2006 | 01/24 | $315.53 |
| 1902 | 01/12 | $175.00 | 1944 | 01/19 | $374.00 | 2007 | 01/25 | $735.22 |
| 1903 | 01/12 | $130.00 | 1945 | 01/19 | $484.00 | 2008 | 01/24 | $533.14 |
| 1904 | 01/12 | $90.00 | 1946 | 01/19 | $100.00 | 2010* | 01/23 | $429.50 |
| 1905 | 01/12 | $104.00 | 1947 | 01/19 | $100.00 | 2011 | 01/24 | $741.92 |
| 1906 | 01/23 | $1,630.48 | 1948 | 01/19 | $110.00 | 2012 | 01/26 | $557.38 |
| 1907 | 01/19 | $100.00 | 1949 | 01/20 | $10.39 | 2013 | 01/24 | $1,140.44 |
| 1908 | 01/19 | $100.00 | 1950 | 01/23 | $47.00 | 2014 | 01/24 | $583.69 |
| 1909 | 01/19 | $721.67 | 1951 | 01/24 | $152.00 | 2015 | 01/24 | $506.04 |
| 1910 | 01/17 | $382.51 | 1952 | 01/26 | $528.00 | 2016 | 01/30 | $1,060.00 |
| 1911 | 01/17 | $664.30 | 1953 | 01/26 | $624.00 | 2017 | 01/27 | $500.00 |
| 1912 | 01/17 | $1,225.99 | 1954 | 01/31 | $150.32 | 2019* | 01/27 | $959.96 |
| 1913 | 01/18 | $266.59 | 1955 | 01/26 | $82.38 | 2033* | 01/31 | $736.53 |
| 1914 | 01/19 | $735.22 | 1956 | 01/26 | $82.38 | 2034 | 01/31 | $1,225.99 |
| 1915 | 01/18 | $336.68 | 1957 | 01/26 | $82.38 | 2035 | 01/31 | $917.45 |
| 1916 | 01/17 | $429.50 | 1958 | 01/27 | $82.38 | 2036 | 01/31 | $917.45 |
| 1917 | 01/17 | $741.92 | 1959 | 01/26 | $228.00 | 2037 | 01/30 | $429.50 |
| 1918 | 01/17 | $959.96 | 1960 | 01/26 | $203.00 | 2041* | 01/30 | $828.04 |
| 1919 | 01/19 | $681.14 | 1961 | 01/26 | $100.00 | 2042 | 01/31 | $952.49 |
| 1920 | 01/17 | $850.38 | 1962 | 01/26 | $50.00 | 2046* | 01/31 | $595.39 |
| 1921 | 01/23 | $634.54 | 1965* | 01/30 | $100.00 | 2047 | 01/30 | $364.52 |
| 1922 | 01/23 | $503.15 | 2001* | 01/24 | $959.96 | 2048 | 01/30 | $741.92 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.


MEMBER FDIC