B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  CDR STRAINERS & FILTERS,INC          .          Case No.  16-31997

_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  FEBRUARY 2017                    Date filed:  03/20/2017

Line of Business:  MANUFACTURER          NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

BLANCA D. CROSON

Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?　　☑　☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| **TOTAL INCOME** | $ | 173,003.54 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---:|
| Cash on Hand at Start of Month | $ | 9,736.59 |
| Cash on Hand at End of Month | $ | 11,930.89 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 11,930.89 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| **TOTAL EXPENSES** | $ | 170,809.24 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 173,003.54 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 170,809.24 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 2,194.30 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 210,215.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 20 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 18 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 30,000.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 1,875.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 1,875.00 |



B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 209,063.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 190,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 19,063.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**



CASE NAME: **CDR STRAINERS & FILTERS, INC**

CASE NUMBER: 16-31997

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2017 February | MONTH | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 9,736.59 | | | | | | $ 9,736.59 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 173,003.54 | | | | | | 173,003.54 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | $ 173,003.54 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 173,003.54 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 62,970.10 | | | | | | 62,970.10 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 4,500.00 | | | | | | 4,500.00 |
| 11. UTILITIES & TELEPHONE | 18,722.14 | | | | | | 18,722.14 |
| 12. INSURANCE | 6,040.00 | | | | | | 6,040.00 |
| 13. INVENTORY PURCHASES | 55,121.00 | | | | | | 55,121.00 |
| 14. VEHICLE EXPENSES | 6,706.00 | | | | | | 6,706.00 |
| 15. TRAVEL & ENTERTAINMENT | 800.00 | | | | | | 800.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 9,200.00 | | | | | | 9,200.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | 1,875.00 | | | | | | 1,875.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 165,934.24 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 165,934.24 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 4,875.00 | | | | | | 4,875.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 170,809.24 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 170,809.24 |
| 22. NET CASH FLOW | 2,194.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,194.30 |
| 23. CASH - END OF MONTH (SMOR-2) | $ 11,930.89 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 11,930.89 |

* Applies to Individual debtors only

**SBMOR-Exhibit B-1**

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

*Revised 01/31/2014*

CASE NAME: **CDR STRAINERS & FILTERS, INC**

CASE NUMBER: 16-31997

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

# CASH ACCOUNT RECONCILIATION
## MONTH OF February    2017

| BANK NAME | CAPITAL ONE BANK | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 1537840362 | # | # | | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BEGINNING BANK BALANCE | $ 9,736.59 | | | | $ 9,736.59 |
| RECEIPTS | 173,003.54 | | | | 173,003.54 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 170,809.24 | | | | 170,809.24 |
| ENDING BANK BALANCE | $ 11,930.89 | $ 0.00 | $ 0.00 | $ 0.00 | $ 11,930.89 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 11,930.89 | $ 0.00 | $ 0.00 | $ 0.00 | $ 11,930.89 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**

\* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

*Revised 01/31/2014*



1:59 PM
03/21/17

# CDR STRAINERS & FILTERS, INC.
## A/R Aging Summary
### As of February 28, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| A&B VALVE & PIPING SYSTEMS, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 710.00 | 710.00 |
| ALEGACY EQUIPMENT LLC | 12,982.00 | 0.00 | 0.00 | 0.00 | -965.00 | 12,017.00 |
| AR Pipeline Products & Services, LLC. | 14,564.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,564.00 |
| ARCHROCK | 2,937.90 | 0.00 | 0.00 | 0.00 | 0.00 | 2,937.90 |
| BELL SUPPLY CO, INC. | 0.00 | 96.00 | 0.00 | 0.00 | 288.00 | 384.00 |
| BETA INTERNATIONAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 2,556.00 | 2,556.00 |
| BOB HERBERT & ASSOCIATES, INC. | 264.00 | 0.00 | 0.00 | 0.00 | 0.00 | 264.00 |
| CITY PIPE & SUPPLY CORP. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMPRESSION GENERATION SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,418.00 | 1,418.00 |
| DNOW L . P . | 2,553.00 | 11,405.00 | 0.00 | 0.00 | 0.00 | 13,958.00 |
| ELITE COMPRESSION SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | -2.00 |
| ENABLE BAKKEN CRUDE SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENERFLEX ENERGY SYSTEMS INC. | 58,277.90 | 27,006.00 | 0.00 | 0.00 | 0.00 | 85,283.90 |
| ETC IS Procurement Co, LLC | 11,553.14 | 740.00 | 0.00 | 0.00 | -1,004.00 | 11,289.14 |
| EXTERRAN ENERGY SOLUTIONS,L.P. | 9,210.95 | 3,686.00 | 1,176.00 | 0.08 | 1,247.28 | 15,320.31 |
| FIELD INDUSTIRES | 0.00 | 0.00 | 0.00 | 509.00 | 0.00 | 509.00 |
| FLOW-ZONE LLC | 688.00 | 0.00 | 0.00 | 0.00 | 0.00 | 688.00 |
| GLOBAL COMPRESSOR | 84.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84.00 |
| HATFIELD AND COMPANY, INC. | 1,337.00 | 71.00 | 0.00 | 1.00 | 0.00 | 1,409.00 |
| ITS ENGINEERED SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 6,912.00 | 6,912.00 |
| J & J PIPE & SUPPLY, INC. | 1,340.25 | 1,009.00 | 0.00 | 0.00 | -326.00 | 2,023.25 |
| JME ELLSWORTH | 370.00 | 639.00 | 0.00 | 0.00 | 0.00 | 1,009.00 |
| KNOX OILFIELD SUPPLY, INC | 267.00 | 0.00 | 0.00 | 0.00 | -269.00 | -2.00 |
| Marathon Oil, INC. | 0.00 | 0.00 | 0.00 | 1,314.00 | 0.00 | 1,314.00 |
| MID-ATLANTIC | 83.00 | 0.00 | 0.00 | 0.00 | 0.00 | 83.00 |
| MOTION INDUSTRIES | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| MRC GLOBAL (US) INC. | 480.00 | 274.00 | 0.00 | 60.00 | 88.00 | 902.00 |
| MUELLER STEAM SPECIALTY (WATTS) | 0.00 | 0.00 | 0.00 | 0.00 | 127.00 | 127.00 |
| NRG MANUFACTURING, INC. | 10,602.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,602.00 |
| OLIVER INDUSTRIAL SALES | 166.00 | 0.00 | 0.00 | 0.00 | 0.00 | 166.00 |
| SEC Energy Products & Services LLP | 7,766.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,766.00 |
| SETPOINT INTERGRATED SOLUTIONS | 127.00 | 0.00 | 0.00 | 0.00 | 0.00 | 127.00 |
| SPEC AMERICAS | 0.00 | 0.00 | 0.00 | 0.00 | 1,278.10 | 1,278.10 |
| SUWANNEE SUPPLY, INC. | 71.00 | 71.00 | 0.00 | 0.00 | 0.00 | 142.00 |
| VALERUS FIELD SOLUTIONS LP | 3,240.00 | 1,446.00 | 6,805.80 | 0.00 | 2,852.00 | 14,343.80 |
| VERTZ & COMPANY | 0.00 | 0.00 | 0.00 | 0.00 | 201.04 | 201.04 |
| WARRIOR SUPPLY INC. | 0.00 | 0.00 | 0.00 | 0.00 | -184.00 | -184.00 |
| **TOTAL** | **138,964.14** | **46,443.00** | **7,981.80** | **1,884.08** | **14,942.42** | **210,215.44** |



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11
279 OILFIELD RD
BELLVILLE TX  77418

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY   FOR PERIOD   FEBRUARY 01, 2017  -  FEBRUARY 28, 2017

**Commercial Checking  00001537840362**                                    **CDR STRAINERS & FILTERS INC**

| | | | |
|---|---|---|---|
| Previous Balance  01/31/17 | $9,736.59 | Number of Days in Cycle | 28 |
| 31 Deposits/Credits | $173,003.54 | Minimum Balance This Cycle | $548.67 |
| 224 Checks/Debits | ($170,809.24) | Average Collected Balance | $25,458.01 |
| Service Charges | $0.00 | | |
| Ending Balance 02/28/17 | $11,930.89 | | |

## ACCOUNT DETAIL   FOR PERIOD   FEBRUARY 01, 2017  -  FEBRUARY 28, 2017

**Commercial Checking 00001537840362**                                    **CDR STRAINERS & FILTERS INC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 02/01 | ACH deposit DNOW L.P.      EDI PYMNTS 020117 0009CDR STRAINERS AN 0020595575 | $142.00 | | $9,878.59 |
| 02/01 | ATM withdrawal ATM WITHDRAWAL 00A1D7 013117 1250 PIN OAK ROAD KATY      TX | | $100.00 | $9,778.59 |
| 02/01 | Debit Card Purchase OFFICE MAX/OFFI 670602 013117 OFFICE MAX/OFFI 1250 FRY  HOUSTON      TX | | $40.52 | $9,738.07 |
| 02/01 | Debit Card Purchase 013117 ALLSTATE *PAYMNT      800-255-7828  IL | | $1,450.15 | $8,287.92 |
| 02/01 | ACH Withdrawal CAPITAL ONE ONLINE PMT 020117 9925101790CROSON BLANC ***********3803 | | $500.00 | $7,787.92 |
| 02/01 | ACH Withdrawal CITI CARD ONLINE PAYMENT 020117 REY CROSON ***********2930 | | $366.53 | $7,421.39 |
| 02/01 | Check     2045 | | $748.43 | $6,672.96 |

*Thank you for banking with us.*

PAGE 1 OF 14

Products and services are offered by Capital One, N.A., Member FDIC.

### An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



**Capital**One Bank

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

### ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 01, 2017   - FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/02 | ACH deposit EXTERRAN        EDI PYMNT 020217 0010CDR STRAINERS & ACH170201ACHD | $775.18 | | $7,448.14 |
| 02/02 | Debit Card Purchase 020117 HCTRA EZ TAG REBILL       281-8753279   TX | | $320.00 | $7,128.14 |
| 02/02 | Debit Card Purchase 020117 SPORTS GROUP ONE        7138252410   TX | | $335.91 | $6,792.23 |
| 02/02 | Check      2043 | | $735.22 | $6,057.01 |
| 02/02 | Check      2038 | | $721.67 | $5,335.34 |
| 02/02 | Check      2044 | | $549.64 | $4,785.70 |
| 02/02 | Check      2039 | | $330.42 | $4,455.28 |
| 02/02 | Check      1964 | | $100.00 | $4,355.28 |
| 02/03 | ACH deposit Alegacy        PAYABLES 020317 CDR STRAINERS & FILTER CDR010 | $10,215.00 | | $14,570.28 |
| 02/03 | Customer Deposit | $6,842.00 | | $21,412.28 |
| 02/03 | ACH deposit NRG MANUFACTURIN ACH/CRED 020317 CDR STRAINERS & FILTER 26-0424209 | $3,305.00 | | $24,717.28 |
| 02/03 | Customer Deposit | $1,920.00 | | $26,637.28 |
| 02/03 | Customer withdrawal | | $2,790.00 | $23,847.28 |
| 02/03 | Debit Card Purchase 020217 EXXONMOBIL   48052484   KATY TX | | $49.39 | $23,797.89 |
| 02/03 | ACH Withdrawal CAPITAL ONE MOBILE PMT 020317 8360671534CROSONREY ***********1888 | | $101.00 | $23,696.89 |
| 02/03 | ACH Withdrawal MERRICK BANK COR MOBILE PAY 020317 REY CROSON ***********6058 | | $100.00 | $23,596.89 |
| 02/03 | ACH Withdrawal CAPITAL ONE MOBILE PMT 020317 8030829066CROSONREY ***********1887 | | $99.00 | $23,497.89 |
| 02/03 | ACH Withdrawal CITI CARD ONLINE PAYMENT 020317 REY CROSON ***********9155 | | $50.00 | $23,447.89 |
| 02/06 | ACH deposit Enerflex Energy EDI PYMNTS 020617 0007CDR Strainers & ***********0731 | $18,350.00 | | $41,797.89 |

Products and services are offered by Capital One, N.A., Member FDIC.

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 01, 2017    - FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 02/06 | ACH deposit SEC ENERGY     EDI PYMNTS 020617 CDR STRAINERS  FILTERS 01-630 51000271 | $2,312.00 | | $44,109.89 |
| 02/06 | Check     1968 | | $500.00 | $43,609.89 |
| 02/06 | Customer withdrawal | | $740.00 | $42,869.89 |
| 02/06 | Debit Card Purchase TIMEWISE #121 133097 020317 TIMEWISE #121 KATY     TX | | $28.89 | $42,841.00 |
| 02/06 | Debit Card Purchase 020317 ARCHDIOCESE-01     07136595461 TX | | $30.00 | $42,811.00 |
| 02/06 | Debit Card Purchase 020317 ARCHDIOCESE-01     07136595461 TX | | $30.00 | $42,781.00 |
| 02/06 | Debit Card Purchase 020317 ARCHDIOCESE-01     07136595461 TX | | $30.00 | $42,751.00 |
| 02/06 | Debit Card Purchase 020317 SOUTHWES 800-435-9792  TX | | $627.08 | $42,123.92 |
| 02/06 | Debit Card Purchase RANDALLS STORE 772001 020517 RANDALLS STORE   1772 KATY     TX | | $95.91 | $42,028.01 |
| 02/06 | Debit Card Purchase 020517 GUERRERO MEAT MARKET     HOUSTON     TX | | $45.63 | $41,982.38 |
| 02/06 | ACH Withdrawal U. P. S.     UPS BILL 020617 X 17028000046F4A2 | | $772.09 | $41,210.29 |
| 02/06 | Check     2020 | | $4,500.00 | $36,710.29 |
| 02/06 | Check     2055 | | $1,225.99 | $35,484.30 |
| 02/06 | Check     2021 | | $1,060.00 | $34,424.30 |
| 02/06 | Check     2022 | | $959.96 | $33,464.34 |
| 02/06 | Check     2018 | | $500.00 | $32,964.34 |
| 02/06 | Check     2059 | | $429.50 | $32,534.84 |
| 02/06 | Check     2040 | | $394.70 | $32,140.14 |
| 02/06 | Check     2009 | | $371.49 | $31,768.65 |
| 02/06 | Check     2051 | | $370.52 | $31,398.13 |
| 02/07 | Customer Deposit | $218.00 | | $31,616.13 |
| 02/07 | Customer withdrawal | | $200.00 | $31,416.13 |
| 02/07 | Debit Card Purchase 020617 ESMARTPAYROLL PAYCHECK 04089358969  CA | | $173.25 | $31,242.88 |
| 02/07 | Debit Card Purchase Wal-Mart Store 510004 020717 Wal-Mart Store HEMPSTEAD     TX | | $31.85 | $31,211.03 |
| 02/07 | ACH Withdrawal MERCURY INS PAYMENT 020717 CDR STRAINERS & FILTER 1000508619-1386 | | $2,289.90 | $28,921.13 |

 **Capital**One **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 01, 2017   - FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/07 | ACH Withdrawal STONEMARK HOLDIN INS. PMNT. 020717 CDR Strainers & Filter 1080-351577 | | $872.69 | $28,048.44 |
| 02/07 | ACH Withdrawal CITI CARD ONLINE PAYMENT 020717 REY CROSON ***********8023 | | $100.00 | $27,948.44 |
| 02/07 | ACH Withdrawal STONEMARK HOLDIN SERVICE FE 020717 CDR Strainers & Filter 1080-351577 | | $10.00 | $27,938.44 |
| 02/07 | Check     2057 | | $828.04 | $27,110.40 |
| 02/07 | Check     2062 | | $780.77 | $26,329.63 |
| 02/07 | Check     2060 | | $741.92 | $25,587.71 |
| 02/07 | Check     2063 | | $658.01 | $24,929.70 |
| 02/07 | Check     2053 | | $618.33 | $24,311.37 |
| 02/07 | Check     2064 | | $508.92 | $23,802.45 |
| 02/07 | Check     2054 | | $355.94 | $23,446.51 |
| 02/07 | Check     2068 | | $200.00 | $23,246.51 |
| 02/08 | Debit Card Purchase KROGER    25050 003810 020717 KROGER    25050 FM 109 RICHMOND       TX | | $248.78 | $22,997.73 |
| 02/08 | Debit Card Purchase 020717 HOMETOWN HARDWARE 09798263372   TX | | $65.08 | $22,932.65 |
| 02/08 | Debit Card Purchase 020717 TEAMUNIFORMORDERS.COM 7706766725   GA | | $235.56 | $22,697.09 |
| 02/08 | Check     2023 | | $3,500.00 | $19,197.09 |
| 02/08 | Check     2052 | | $917.45 | $18,279.64 |
| 02/08 | Check     2050 | | $917.45 | $17,362.19 |
| 02/08 | Check     2056 | | $735.22 | $16,626.97 |
| 02/08 | Check     2000 | | $721.67 | $15,905.30 |
| 02/08 | Check     1967 | | $676.00 | $15,229.30 |
| 02/08 | Check     2058 | | $209.83 | $15,019.47 |
| 02/08 | Check     2066 | | $177.00 | $14,842.47 |
| 02/08 | Check     2067 | | $36.00 | $14,806.47 |
| 02/09 | ACH deposit EXTERRAN      EDI PYMNT 020917 0014CDR STRAINERS & ACH170208ACHD | $5,184.20 | | $19,990.67 |

Products and services are offered by Capital One, N.A., Member FDIC.

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 01, 2017   -   FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/09 | ATM withdrawal ATM WITHDRAWAL 00A1D7 020917 1250 PIN OAK ROAD KATY        TX | | $400.00 | $19,590.67 |
| 02/09 | Debit Card Purchase TIMEWISE #121 309701 020817 TIMEWISE #121 KATY        TX | | $61.15 | $19,529.52 |
| 02/09 | ACH Withdrawal ACHIVR VISB        BILL PYMNT 020917 JUAN *YGNACIO 0512622 | | $946.45 | $18,583.07 |
| 02/09 | Check        2026 | | $4,200.00 | $14,383.07 |
| 02/09 | Check        1989 | | $1,055.00 | $13,328.07 |
| 02/09 | Check        2061 | | $565.11 | $12,762.96 |
| 02/09 | Check        2024 | | $230.14 | $12,532.82 |
| 02/09 | Check        1969 | | $150.00 | $12,382.82 |
| 02/09 | Check        1966 | | $115.12 | $12,267.70 |
| 02/10 | ACH deposit ETC INTRASTATE P EDI PYMNTS 021017 CDR STRAINERS  FILTERS 01-830 51000104 | $3,616.00 | | $15,883.70 |
| 02/10 | ATM Check Deposit | $215.00 | | $16,098.70 |
| 02/10 | Debit Card Purchase 020817 MOVE IT STORAGE - FULS    2813460919    TX | | $278.95 | $15,819.75 |
| 02/10 | Debit Card Purchase THE VITAMIN SHOP 003 021017 THE VITAMIN SHOPPE 20 HOUSTON        TX | | $56.46 | $15,763.29 |
| 02/10 | ACH Withdrawal TEXAS MUTUAL INS 5122247661 021017 CDR STRAINERS & FILTER 14162971 | | $3,018.00 | $12,745.29 |
| 02/10 | ACH Withdrawal PAYCHEX EIB INVOICE 021017 CDR STRAINERS AND FILT X69960000041993 | | $305.41 | $12,439.88 |
| 02/10 | Check        1974 | | $349.38 | $12,090.50 |
| 02/10 | Check        1971 | | $302.81 | $11,787.69 |
| 02/10 | Check        1963 | | $25.00 | $11,762.69 |
| 02/13 | ACH deposit ETC INTRASTATE P EDI PYMNTS 021317 CDR STRAINERS  FILTERS 01-830 51000104 | $12,374.00 | | $24,136.69 |
| 02/13 | Customer Deposit | $1,220.00 | | $25,356.69 |
| 02/13 | ACH deposit Enerflex Energy  EDI PYMNTS 021317 0007CDR Strainers & ***********0735 | $92.00 | | $25,448.69 |
| 02/13 | ATM withdrawal ATM WITHDRAWAL 00A1D7 021017 1250 PIN OAK ROAD KATY        TX | | $500.00 | $24,948.69 |
| 02/13 | Customer withdrawal | | $200.00 | $24,748.69 |
| 02/13 | Debit Card Purchase 021117 GIH*GLOBALINDUSTRIALEQ 800-645-2986  FL | | $327.92 | $24,420.77 |

 **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 01, 2017   -  FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/13 | Debit Card Purchase 021117 SQU*SQ *MADEMOISELLE'S   Katy       TX | | $366.97 | $24,053.80 |
| 02/13 | Debit Card Purchase WM SUPERC Wal-Ma 270007 021217 WM SUPERC Wal-Mart Sup   RICHMOND    TX | | $169.43 | $23,884.37 |
| 02/13 | ACH Withdrawal THE HARTFORD NWTBCLSCIC 021317 CDR FILTERS -STRAINERS 15037642 | | $1,299.90 | $22,584.47 |
| 02/13 | ACH Withdrawal St Eliz Ann Seto FACTS 021317 BLANCA D. CROSON ***********6214 | | $1,000.00 | $21,584.47 |
| 02/13 | ACH Withdrawal U. P. S.      UPS BILL 021317 X 17035000046F4A2 | | $333.01 | $21,251.46 |
| 02/13 | Check     1982 | | $4,875.00 | $16,376.46 |
| 02/13 | Check     1975 | | $929.49 | $15,446.97 |
| 02/13 | Check     2090 | | $741.92 | $14,705.05 |
| 02/13 | Check     1977 | | $659.69 | $14,045.36 |
| 02/13 | Check     1972 | | $608.44 | $13,436.92 |
| 02/13 | Check     2081 | | $429.50 | $13,007.42 |
| 02/13 | Check     2089 | | $358.54 | $12,648.88 |
| 02/13 | Check     2027 | | $300.00 | $12,348.88 |
| 02/13 | Check     1973 | | $167.42 | $12,181.46 |
| 02/14 | ACH deposit EXTERRAN        EDI PYMNT 021417 0010CDR STRAINERS & ACH170213ACHD | $1,343.58 | | $13,525.04 |
| 02/14 | ATM withdrawal ATM WITHDRAWAL 00C643 021417 6117 HIGHWAY 6 N HOUSTON     TX | | $300.00 | $13,225.04 |
| 02/14 | Debit Card Purchase 021317 EXXONMOBIL   48052484    KATY TX | | $40.21 | $13,184.83 |
| 02/14 | ACH Withdrawal CITI CARD ONLINE PAYMENT 021417 REY CROSON ***********8539 | | $434.68 | $12,750.15 |
| 02/14 | Check     1976 | | $1,107.78 | $11,642.37 |
| 02/14 | Check     2080 | | $959.96 | $10,682.41 |
| 02/14 | Check     2084 | | $828.04 | $9,854.37 |
| 02/14 | Check     2085 | | $785.41 | $9,068.96 |
| 02/14 | Check     2070 | | $650.19 | $8,418.77 |

Products and services are offered by Capital One, N.A., Member FDIC.

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 01, 2017    - FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/14 | Check     2077 | | $618.33 | $7,800.44 |
| 02/14 | Check     1978 | | $565.60 | $7,234.84 |
| 02/14 | Check     2088 | | $508.92 | $6,725.92 |
| 02/14 | Check     2028 | | $350.00 | $6,375.92 |
| 02/14 | Check     2091 | | $277.24 | $6,098.68 |
| 02/14 | Check     1980 | | $273.06 | $5,825.62 |
| 02/14 | Check     2083 | | $209.83 | $5,615.79 |
| 02/14 | Check     1979 | | $102.78 | $5,513.01 |
| 02/15 | Debit Card Purchase TIMEWISE #121 309701 021517 TIMEWISE #121 KATY        TX | | $43.47 | $5,469.54 |
| 02/15 | ACH Withdrawal CITI CARD ONLINE PAYMENT 021517 REY CROSON ***********6388 | | $72.22 | $5,397.32 |
| 02/15 | Check     2076 | | $1,225.99 | $4,171.33 |
| 02/15 | Check     2078 | | $917.45 | $3,253.88 |
| 02/15 | Check     2079 | | $917.45 | $2,336.43 |
| 02/15 | Check     2082 | | $721.67 | $1,614.76 |
| 02/15 | Check     1983 | | $483.52 | $1,131.24 |
| 02/15 | Check     1990 | | $376.00 | $755.24 |
| 02/15 | Check     1988 | | $206.57 | $548.67 |
| 02/16 | Customer Deposit | $43,525.00 | | $44,073.67 |
| 02/16 | ACH deposit ETC INTRASTATE P EDI PYMNTS 021617 CDR STRAINERS  FILTERS 830 5100010527 | $11,380.00 | | $55,453.67 |
| 02/16 | ACH deposit EXTERRAN        EDI PYMNT 021617 0012CDR STRAINERS & ACH170215ACHD | $1,838.84 | | $57,292.51 |
| 02/16 | Debit Card Purchase 021517 CHIPOTLE 0252        HOUSTON        TX | | $29.55 | $57,262.96 |
| 02/16 | Debit Card Purchase 021517 EXXONMOBIL   48052484    KATY TX | | $64.66 | $57,198.30 |
| 02/16 | Check     1995 | | $1,055.00 | $56,143.30 |
| 02/16 | Check     2069 | | $1,055.00 | $55,088.30 |
| 02/16 | Check     1992 | | $536.00 | $54,552.30 |
| 02/16 | Check     2087 | | $526.44 | $54,025.86 |
| 02/16 | Check     1991 | | $362.00 | $53,663.86 |
| 02/16 | Check     2075 | | $273.17 | $53,390.69 |
| 02/16 | Check     2049 | | $173.00 | $53,217.69 |
| 02/16 | Check     1993 | | $155.00 | $53,062.69 |
| 02/16 | Check     1994 | | $120.00 | $52,942.69 |
| 02/16 | Check     1999 | | $100.00 | $52,842.69 |
| 02/17 | ACH deposit ETC INTRASTATE P EDI PYMNTS 021717 CDR STRAINERS  FILTERS 830 5100010551 | $4,790.00 | | $57,632.69 |



**MANAGE YOUR CASH**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 01, 2017   -  FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/17 | ACH deposit SEC ENERGY        EDI PYMNTS 021717 CDR STRAINERS  FILTERS 630 5100027426 | $2,216.00 | | $59,848.69 |
| 02/17 | Customer Deposit | $972.00 | | $60,820.69 |
| 02/17 | Customer withdrawal | | $2,000.00 | $58,820.69 |
| 02/17 | Recur Debit Card Purchase 021617 AABACO SMALL BUSINESS 8664381582    CA | | $20.94 | $58,799.75 |
| 02/17 | ACH Withdrawal CAPITAL ONE CRCARDPMT 021717 9925101790CROSON BLANC ***********2644 | | $500.00 | $58,299.75 |
| 02/17 | ACH Withdrawal CITI CARD ONLINE PAYMENT 021717 REY CROSON ***********9355 | | $50.00 | $58,249.75 |
| 02/17 | Check      1970 | | $315.31 | $57,934.44 |
| 02/21 | ACH deposit Enerflex Energy EDI PYMNTS 022117 0007CDR Strainers & ***********0739 | $24,901.00 | | $82,835.44 |
| 02/21 | ACH deposit SEC ENERGY       EDI PYMNTS 022117 CDR STRAINERS  FILTERS 630 5100027478 | $4,027.00 | | $86,862.44 |
| 02/21 | ATM Check Deposit | $1,028.00 | | $87,890.44 |
| 02/21 | ATM withdrawal ATM WITHDRAWAL 00C358 022017 1250 PIN OAK RD KATY      TX | | $800.00 | $87,090.44 |
| 02/21 | Debit Card Purchase TIMEWISE #121 309701 021917 TIMEWISE #121 KATY      TX | | $56.26 | $87,034.18 |
| 02/21 | Debit Card Purchase HARBOR FREIGHT T 133547 022017 HARBOR FREIGHT TOOLS 4    KATY       TX | | $191.03 | $86,843.15 |
| 02/21 | Debit Card Purchase THE HOME DEPOT # 006421 022017 THE HOME DEPOT #0534     KATY       TX | | $140.34 | $86,702.81 |
| 02/21 | Debit Card Purchase 022017 HOMETOWN HARDWARE HEMPSTEAD    TX | | $38.56 | $86,664.25 |
| 02/21 | Recur Debit Card Purchase 022017 EXEDE WILDBLUE VIASAT     08669453258   CA | | $171.11 | $86,493.14 |

Products and services are offered by Capital One, N.A., Member FDIC.

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 01, 2017   -  FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/21 | ACH Withdrawal AMEX EPAYMENT<br>ACH PMT 022117 cdr strainers filters<br>M2660 | | $25,040.52 | $61,452.62 |
| 02/21 | ACH Withdrawal CITI CARD ONLINE<br>PAYMENT 022117 REY CROSON<br>***********5964 | | $300.00 | $61,152.62 |
| 02/21 | ACH Withdrawal U. P. S.     UPS BILL<br>022117 X<br>17042000046F4A2 | | $209.69 | $60,942.93 |
| 02/21 | Check      2097 | | $959.96 | $59,982.97 |
| 02/21 | Check      2102 | | $828.04 | $59,154.93 |
| 02/21 | Check      2103 | | $785.41 | $58,369.52 |
| 02/21 | Check      2109 | | $741.92 | $57,627.60 |
| 02/21 | Check      2086 | | $735.22 | $56,892.38 |
| 02/21 | Check      2094 | | $618.33 | $56,274.05 |
| 02/21 | Check      1984 | | $605.46 | $55,668.59 |
| 02/21 | Check      2098 | | $429.50 | $55,239.09 |
| 02/21 | Check      2108 | | $382.51 | $54,856.58 |
| 02/21 | Check      2101 | | $328.94 | $54,527.64 |
| 02/21 | Check      1987 | | $269.94 | $54,257.70 |
| 02/21 | Check      2093 | | $100.00 | $54,157.70 |
| 02/22 | ACH deposit SEC ENERGY     EDI<br>PYMNTS 022217 CDR STRAINERS  FILTERS<br>630 5100027526 | $1,340.00 | | $55,497.70 |
| 02/22 | ATM withdrawal ATM WITHDRAWAL<br>00A1D7 022117 1250 PIN OAK ROAD<br>KATY       TX | | $800.00 | $54,697.70 |
| 02/22 | Customer withdrawal | | $3,010.00 | $51,687.70 |
| 02/22 | Debit Card Purchase Wal-Mart Super C<br>680016 022217 Wal-Mart Super Center<br>KATY/HOUSTON   TX | | $87.18 | $51,600.52 |
| 02/22 | ACH Withdrawal CITI CARD ONLINE<br>PAYMENT 022217 REY CROSON<br>***********1864 | | $200.00 | $51,400.52 |
| 02/22 | ACH Withdrawal CAPITAL ONE<br>MOBILE PMT 022217<br>8360671534CROSONREY<br>***********6988 | | $101.00 | $51,299.52 |
| 02/22 | ACH Withdrawal CAPITAL ONE<br>MOBILE PMT 022217<br>8030829066CROSONREY<br>***********6989 | | $100.00 | $51,199.52 |
| 02/22 | ACH Withdrawal MERRICK BANK COR<br>MOBILE PAY 022217 REY CROSON<br>***********2358 | | $100.00 | $51,099.52 |
| 02/22 | ACH Withdrawal AMERICAN-AMICABL<br>INS. DRAFT 022217 BLANCA D CROSON<br>***********4890 | | $59.85 | $51,039.67 |

 **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 01, 2017   - FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/22 | Check 2071 | | $1,775.00 | $49,264.67 |
| 02/22 | Check 2095 | | $1,225.99 | $48,038.68 |
| 02/22 | Check 1998 | | $1,035.00 | $47,003.68 |
| 02/22 | Check 2099 | | $721.67 | $46,282.01 |
| 02/22 | Check 2106 | | $665.77 | $45,616.24 |
| 02/22 | Check 2100 | | $353.81 | $45,262.43 |
| 02/22 | Check 1985 | | $20.70 | $45,241.73 |
| 02/23 | ACH deposit EXTERRAN     EDI PYMNT 022317 0016CDR STRAINERS & ACH170222ACHD | $6,851.61 | | $52,093.34 |
| 02/23 | ACH deposit SEC ENERGY     EDI PYMNTS 022317 CDR STRAINERS FILTERS 630 5100027564 | $702.00 | | $52,795.34 |
| 02/23 | ATM Check Deposit | $328.00 | | $53,123.34 |
| 02/23 | ATM withdrawal ATM WITHDRAWAL 00C403 022317 23910 WESTHEIMER PKWY    KATY     TX | | $300.00 | $52,823.34 |
| 02/23 | Check 2123 | | $500.00 | $52,323.34 |
| 02/23 | Debit Card Purchase 022217 KROGER FUEL #7315     KATY     TX | | $47.31 | $52,276.03 |
| 02/23 | Debit Card Purchase 022217 CARDIFF POSTNET     KATY     TX | | $79.02 | $52,197.01 |
| 02/23 | Debit Card Purchase HARBOR FREIGHT T 133546 022317 HARBOR FREIGHT TOOLS 4   KATY     TX | | $252.01 | $51,945.00 |
| 02/23 | Check 2072 | | $569.50 | $51,375.50 |
| 02/23 | Check 2105 | | $557.38 | $50,818.12 |
| 02/23 | Check 2122 | | $307.00 | $50,511.12 |
| 02/23 | Check 2096 | | $274.91 | $50,236.21 |
| 02/23 | Check 2119 | | $259.00 | $49,977.21 |
| 02/24 | ACH deposit SEC ENERGY     EDI PYMNTS 022417 CDR STRAINERS FILTERS 630 5100027590 | $917.00 | | $50,894.21 |
| 02/24 | ACH deposit INTUIT PYMT SOLN DEPOSIT 022417 CDR STRAINERS & FILTER ***********8052 | $63.13 | | $50,957.34 |
| 02/24 | ACH Withdrawal QUALACO, INC.   SALE 022417 BLANCA CROSON | | $1,875.00 | $49,082.34 |

Products and services are offered by Capital One, N.A., Member FDIC.

## ACCOUNT DETAIL    CONTINUED FOR PERIOD FEBRUARY 01, 2017    - FEBRUARY 28, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/24 | ACH Withdrawal CITI CARD ONLINE PAYMENT 022417 REY CROSON ***********9779 | | $200.48 | $48,881.86 |
| 02/24 | ACH Withdrawal INTUIT PYMT SOLN TRAN FEE 022417 CDR STRAINERS & FILTER ***********8052 | | $2.40 | $48,879.46 |
| 02/24 | Check      1996 | | $7,487.06 | $41,392.40 |
| 02/24 | Check      2032 | | $2,120.00 | $39,272.40 |
| 02/24 | Check      2114 | | $972.97 | $38,299.43 |
| 02/24 | Check      2104 | | $735.22 | $37,564.21 |
| 02/24 | Check      1981 | | $665.00 | $36,899.21 |
| 02/24 | Check      2120 | | $350.00 | $36,549.21 |
| 02/24 | Check      2121 | | $175.00 | $36,374.21 |
| 02/27 | ATM withdrawal ATM WITHDRAWAL 00C358 022517 1250 PIN OAK RD KATY      TX | | $600.00 | $35,774.21 |
| 02/27 | Customer withdrawal | | $900.00 | $34,874.21 |
| 02/27 | Debit Card Purchase 022317 6133 EL POLLO LOCO      RICHMOND      TX | | $15.56 | $34,858.65 |
| 02/27 | Debit Card Purchase 022417 GRAND LAKES CLEANERS      KATY      TX | | $23.60 | $34,835.05 |
| 02/27 | Debit Card Purchase 022617 EXXONMOBIL   48052484   KATY TX | | $73.82 | $34,761.23 |
| 02/27 | ACH Withdrawal U. P. S.      UPS BILL 022717 X 17049000046F4A2 | | $172.54 | $34,588.69 |
| 02/27 | Check      2074 | | $8,170.00 | $26,418.69 |
| 02/27 | Check      2031 | | $2,454.43 | $23,964.26 |
| 02/27 | Check      2117 | | $875.00 | $23,089.26 |
| 02/27 | Check      2148 | | $828.04 | $22,261.22 |
| 02/27 | Check      1997 | | $750.00 | $21,511.22 |
| 02/27 | Check      2155 | | $741.92 | $20,769.30 |
| 02/27 | Check      2152 | | $626.71 | $20,142.59 |
| 02/27 | Check      2107 | | $508.92 | $19,633.67 |
| 02/27 | Check      1926 | | $500.00 | $19,133.67 |
| 02/27 | Check      2154 | | $310.58 | $18,823.09 |
| 02/27 | Check      2116 | | $254.86 | $18,568.23 |
| 02/27 | Check      2073 | | $238.26 | $18,329.97 |
| 02/28 | Customer withdrawal | | $700.00 | $17,629.97 |
| 02/28 | ACH Withdrawal CITI CARD ONLINE PAYMENT 022817 REY CROSON ***********2347 | | $200.00 | $17,429.97 |
| 02/28 | Check      2139 | | $1,225.99 | $16,203.98 |
| 02/28 | Check      2143 | | $959.96 | $15,244.02 |
| 02/28 | Check      2141 | | $917.45 | $14,326.57 |
| 02/28 | Check      2142 | | $917.45 | $13,409.12 |


**Capital**One **Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CDR STRAINERS & FILTERS INC
DEBTOR IN POSESSION
SOUTHERN DIST OF TX
CASE # 16-31997-H5-11

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 01, 2017   - FEBRUARY 28, 2017

| Date | Description | | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|---|
| 02/28 | Check | 2147 | | $513.62 | $12,895.50 |
| 02/28 | Check | 2144 | | $429.50 | $12,466.00 |
| 02/28 | Check | 2146 | | $275.12 | $12,190.88 |
| 02/28 | Check | 2115 | | $259.99 | $11,930.89 |
| **Total** | | | $173,003.54 | $170,809.24 | |

## Commercial Checking 00001537840362

CDR STRAINERS & FILTERS INC

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1926 | 02/27 | $500.00 | 1990 | 02/15 | $376.00 | 2043* | 02/02 | $735.22 |
| 1963* | 02/10 | $25.00 | 1991 | 02/16 | $362.00 | 2044 | 02/02 | $549.64 |
| 1964 | 02/02 | $100.00 | 1992 | 02/16 | $536.00 | 2045 | 02/01 | $748.43 |
| 1966* | 02/09 | $115.12 | 1993 | 02/16 | $155.00 | 2049* | 02/16 | $173.00 |
| 1967 | 02/08 | $676.00 | 1994 | 02/16 | $120.00 | 2050 | 02/08 | $917.45 |
| 1968 | 02/06 | $500.00 | 1995 | 02/16 | $1,055.00 | 2051 | 02/06 | $370.52 |
| 1969 | 02/09 | $150.00 | 1996 | 02/24 | $7,487.06 | 2052 | 02/08 | $917.45 |
| 1970 | 02/17 | $315.31 | 1997 | 02/27 | $750.00 | 2053 | 02/07 | $618.33 |
| 1971 | 02/10 | $302.81 | 1998 | 02/22 | $1,035.00 | 2054 | 02/07 | $355.94 |
| 1972 | 02/13 | $608.44 | 1999 | 02/16 | $100.00 | 2055 | 02/06 | $1,225.99 |
| 1973 | 02/13 | $167.42 | 2000 | 02/08 | $721.67 | 2056 | 02/08 | $735.22 |
| 1974 | 02/10 | $349.38 | 2009* | 02/06 | $371.49 | 2057 | 02/07 | $828.04 |
| 1975 | 02/13 | $929.49 | 2018* | 02/06 | $500.00 | 2058 | 02/08 | $209.83 |
| 1976 | 02/14 | $1,107.78 | 2020* | 02/06 | $4,500.00 | 2059 | 02/06 | $429.50 |
| 1977 | 02/13 | $659.69 | 2021 | 02/06 | $1,060.00 | 2060 | 02/07 | $741.92 |
| 1978 | 02/14 | $565.60 | 2022 | 02/06 | $959.96 | 2061 | 02/09 | $565.11 |
| 1979 | 02/14 | $102.78 | 2023 | 02/08 | $3,500.00 | 2062 | 02/07 | $780.77 |
| 1980 | 02/14 | $273.06 | 2024 | 02/09 | $230.14 | 2063 | 02/07 | $658.01 |
| 1981 | 02/24 | $665.00 | 2026* | 02/09 | $4,200.00 | 2064 | 02/07 | $508.92 |
| 1982 | 02/13 | $4,875.00 | 2027 | 02/13 | $300.00 | 2066* | 02/08 | $177.00 |
| 1983 | 02/15 | $483.52 | 2028 | 02/14 | $350.00 | 2067 | 02/08 | $36.00 |
| 1984 | 02/21 | $605.46 | 2031* | 02/27 | $2,454.43 | 2068 | 02/07 | $200.00 |
| 1985 | 02/22 | $20.70 | 2032 | 02/24 | $2,120.00 | 2069 | 02/16 | $1,055.00 |
| 1987* | 02/21 | $269.94 | 2038* | 02/02 | $721.67 | 2070 | 02/14 | $650.19 |
| 1988 | 02/15 | $206.57 | 2039 | 02/02 | $330.42 | 2071 | 02/22 | $1,775.00 |
| 1989 | 02/09 | $1,055.00 | 2040 | 02/06 | $394.70 | 2072 | 02/23 | $569.50 |

Products and services are offered by Capital One, N.A., Member FDIC.

## ACCOUNT DETAIL   CONTINUED FOR PERIOD FEBRUARY 01, 2017   -  FEBRUARY 28, 2017

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2073 | 02/27 | $238.26 | 2093* | 02/21 | $100.00 | 2116 | 02/27 | $254.86 |
| 2074 | 02/27 | $8,170.00 | 2094 | 02/21 | $618.33 | 2117 | 02/27 | $875.00 |
| 2075 | 02/16 | $273.17 | 2095 | 02/22 | $1,225.99 | 2119* | 02/23 | $259.00 |
| 2076 | 02/15 | $1,225.99 | 2096 | 02/23 | $274.91 | 2120 | 02/24 | $350.00 |
| 2077 | 02/14 | $618.33 | 2097 | 02/21 | $959.96 | 2121 | 02/24 | $175.00 |
| 2078 | 02/15 | $917.45 | 2098 | 02/21 | $429.50 | 2122 | 02/23 | $307.00 |
| 2079 | 02/15 | $917.45 | 2099 | 02/22 | $721.67 | 2123 | 02/23 | $500.00 |
| 2080 | 02/14 | $959.96 | 2100 | 02/22 | $353.81 | 2139* | 02/28 | $1,225.99 |
| 2081 | 02/13 | $429.50 | 2101 | 02/21 | $328.94 | 2141* | 02/28 | $917.45 |
| 2082 | 02/15 | $721.67 | 2102 | 02/21 | $828.04 | 2142 | 02/28 | $917.45 |
| 2083 | 02/14 | $209.83 | 2103 | 02/21 | $785.41 | 2143 | 02/28 | $959.96 |
| 2084 | 02/14 | $828.04 | 2104 | 02/24 | $735.22 | 2144 | 02/28 | $429.50 |
| 2085 | 02/14 | $785.41 | 2105 | 02/23 | $557.38 | 2146* | 02/28 | $275.12 |
| 2086 | 02/21 | $735.22 | 2106 | 02/22 | $665.77 | 2147 | 02/28 | $513.62 |
| 2087 | 02/16 | $526.44 | 2107 | 02/27 | $508.92 | 2148 | 02/27 | $828.04 |
| 2088 | 02/14 | $508.92 | 2108 | 02/21 | $382.51 | 2152* | 02/27 | $626.71 |
| 2089 | 02/13 | $358.54 | 2109 | 02/21 | $741.92 | 2154* | 02/27 | $310.58 |
| 2090 | 02/13 | $741.92 | 2114* | 02/24 | $972.97 | 2155 | 02/27 | $741.92 |
| 2091 | 02/14 | $277.24 | 2115 | 02/28 | $259.99 | | | |