UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
TEXAS
HOUSTON DIVISION

Case number          16-31997

In re: CDR STRAINERS & FILTERS, INC.

Taxpayer number: X-XXXXX-X523-7

WITHDRAWAL OF

#39
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
                   Bankruptcy & Collections Division MC-008
                   P. O. Box 12548
                   Austin, TX 78711-2548
                   Phone: 512-463-2173

1. DATE OF CLAIM              : 08/09/2016

2. TOTAL AMOUNT OF CLAIM      : $17,500.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2016

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 06/20/2017

/s/Joshua Mitchell
Accounts Examiner    512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)