B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re   CDR Strainers & Filters, Inc.                ,   Case No.   16-31997
                      Debtor

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   May 2017                         Date filed:   06/20/2017

Line of Business:   Manufacturer          NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Blanca D. Croson
_Original Signature of Responsible Party_

_[signature]_

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $   257,174.54

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---:|
| Cash on Hand at Start of Month | $ | -613.77 |
| Cash on Hand at End of Month | $ | 34,226.77 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 34,226.77 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $   222,334.00

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 257,174.54 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 222,334.00 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 34,840.54 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 208,195.82

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 20 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 20 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 30,000.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |



B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 223,745.00 | $ | $ |
| EXPENSES | $ 204,930.00 | $ | $ |
| CASH PROFIT | $ 18,815.00 | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 223,745.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 204,930.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 18,815.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

CASE NAME: **CDR STRAINERS & FILTERS, INC**
CASE NUMBER: 16-31997

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | ($613.77) | | | | | | ($613.77) |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 257,174.54 | | | | | | 257,174.54 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | $257,174.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $257,174.54 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 70,915.07 | | | | | | 70,915.07 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 4,500.00 | | | | | | 4,500.00 |
| 11. UTILITIES & TELEPHONE | 23,106.41 | | | | | | 23,106.41 |
| 12. INSURANCE | 6,156.00 | | | | | | 6,156.00 |
| 13. INVENTORY PURCHASES | 75,765.25 | | | | | | 75,765.25 |
| 14. VEHICLE EXPENSES | 9,514.36 | | | | | | 9,514.36 |
| 15. TRAVEL & ENTERTAINMENT | 3,200.00 | | | | | | 3,200.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 24,300.71 | | | | | | 24,300.71 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $217,457.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $217,457.80 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 4,876.20 | | | | | | 4,876.20 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $222,334.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $222,334.00 |
| 22. NET CASH FLOW | 34,840.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34,840.54 |
| 23. CASH - END OF MONTH (SMOR-2) | $34,226.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34,226.77 |

* Applies to Individual debtors only

**SBMOR-Exhibit B-1**   **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014



CASE NAME: CDR STRAINERS & FILTERS, INC
CASE NUMBER: 16-31997
SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
## MONTH OF May 2017

| BANK NAME | CAPITAL ONE | | | | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 1537840362 | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | |
| BEGINNING BANK BALANCE | ($ 613.77) | | | | ($ 613.77) |
| RECEIPTS | 257,174.54 | | | | 257,174.54 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 222,334.00 | | | | 222,334.00 |
| ENDING BANK BALANCE | $ 34,226.77 | $ 0.00 | $ 0.00 | $ 0.00 | $ 34,226.77 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 34,226.77 | $ 0.00 | $ 0.00 | $ 0.00 | $ 34,226.77 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**

\* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

Revised 01/31/2014

9:07 AM
06/07/17

# CDR STRAINERS & FILTERS, INC.
## A/R Aging Summary
### As of May 31, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| WADI MASILA TRADING LLC | 0.00 | 340.00 | 0.00 | 0.00 | 0.00 | 340.00 |
| A&B VALVE & PIPING SYSTEMS, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 710.00 | 710.00 |
| ALEGACY EQUIPMENT LLC | 13,288.00 | 0.00 | 0.00 | 0.00 | -965.00 | 12,323.00 |
| AR Pipeline Products & Services, LLC. | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| ARCHROCK | 2,976.10 | 1,903.00 | 0.00 | 0.00 | 0.00 | 4,879.10 |
| BELL SUPPLY CO, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 384.00 | 384.00 |
| BETA INTERNATIONAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 2,556.00 | 2,556.00 |
| Burckhardt Compression (US), IN. | 0.00 | 71.00 | 0.00 | 0.00 | 0.00 | 71.00 |
| CITY PIPE & SUPPLY CORP. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMPRESSION GENERATION SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 618.00 | 618.00 |
| DNOW L.P. | 545.00 | 0.00 | 0.00 | 0.00 | 0.00 | 545.00 |
| ELITE COMPRESSION SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | -2.00 |
| ENABLE BAKKEN CRUDE SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENERFLEX ENERGY SYSTEMS INC. | 27,495.00 | 36,094.00 | 248.00 | 0.00 | 0.00 | 63,837.00 |
| ETC IS Procurement Co, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -1,004.00 | -1,004.00 |
| EXTERRAN ENERGY SOLUTIONS, L.P. | 22,031.88 | 11,074.56 | 9,044.68 | -72.00 | 1,120.96 | 43,200.08 |
| GE OIL & GAS COMPRESSIONSYSTEM, LLC | 0.00 | 1,404.00 | 0.00 | 0.00 | 0.00 | 1,404.00 |
| HATFIELD AND COMPANY, INC. | 4,550.00 | 1,078.00 | 0.00 | 0.00 | 1.00 | 5,629.00 |
| ITS ENGINEERED SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 6,912.00 | 6,912.00 |
| J & J PIPE & SUPPLY, INC. | 86.00 | 0.00 | 0.00 | 0.00 | -346.00 | -260.00 |
| JME ELLSWORTH | 849.50 | 0.00 | 0.00 | 0.00 | 0.00 | 849.50 |
| KNOX OILFIELD SUPPLY, INC | 404.00 | 0.00 | 0.00 | 0.00 | -269.00 | 135.00 |
| Marathon Oil, INC. | 0.00 | 0.00 | 609.00 | 0.00 | 1,314.00 | 1,923.00 |
| MBL METALS, LCC | 652.00 | 0.00 | 0.00 | 0.00 | 0.00 | 652.00 |
| McCARTY EQUIPMENT CO LTD. | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| MOTION INDUSTRIES | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| MRC GLOBAL (US) INC. | 6,614.00 | 0.00 | 0.00 | 0.00 | 60.00 | 6,674.00 |
| NRG MANUFACTURING, INC. | 1,832.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,832.00 |
| PRECISION SCREEN MFG. | 0.00 | 344.00 | 0.00 | 0.00 | 0.00 | 344.00 |
| SEC Energy Products & Services LLP | 36,321.00 | 4,679.00 | 0.00 | 0.00 | 0.00 | 41,000.00 |
| SETPOINT INTERGRATED SOLUTIONS | 3,080.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,080.00 |
| SPEC AMERICAS | 0.00 | 0.00 | 0.00 | 0.00 | 1,278.10 | 1,278.10 |
| SPX FLOW US, LLC. | 208.00 | 0.00 | 0.00 | 0.00 | 0.00 | 208.00 |
| SUWANNEE SUPPLY, INC. | 2,253.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,253.00 |
| TECHNICAL COMPLIANCE SOLUTIONS | 3,560.00 | 269.00 | 0.00 | 0.00 | 0.00 | 3,829.00 |
| VALERUS FIELD SOLUTIONS LP | 1,516.00 | 67.00 | 0.00 | 0.00 | 96.00 | 1,679.00 |
| VERTZ & COMPANY | 0.00 | 0.00 | 0.00 | 0.00 | 201.04 | 201.04 |
| WARRIOR SUPPLY INC. | 0.00 | 0.00 | 0.00 | 0.00 | -184.00 | -184.00 |
| TOTAL | 128,546.48 | 57,323.56 | 9,901.68 | -72.00 | 12,496.10 | 208,195.82 |

